B1 (Official Form 1)(12/11)

| United States Bankruptcy Court<br>**Eastern District of North Carolina** | **Voluntary Petition** |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Young, Timothy Wayne** | Name of Joint Debtor (Spouse) (Last, First, Middle):<br>**Young, Amanda Ray** |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-6551** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**xxx-xx-8988** |
| Street Address of Debtor (No. and Street, City, and State):<br>**3600 Kangaroo Drive**<br>**Durham, NC**<br>ZIP Code **27705** | Street Address of Joint Debtor (No. and Street, City, and State):<br>**3600 Kangaroo Drive**<br>**Durham, NC**<br>ZIP Code **27705** |
| County of Residence or of the Principal Place of Business:<br>**Durham** | County of Residence or of the Principal Place of Business:<br>**Durham** |
| Mailing Address of Debtor (if different from street address):<br>**PO Box 210**<br>**Holly Springs, NC**<br>ZIP Code **27540** | Mailing Address of Joint Debtor (if different from street address):<br>**PO Box 210**<br>**Holly Springs, NC**<br>ZIP Code **27540** |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization)  (Check one box)
- ■ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ☐ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ■ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☐ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**   *** William G. Berggren ***
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

Estimated Assets

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

Estimated Liabilities

| ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(12/11)                                                                                                              Page 2

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Young, Timothy Wayne**<br>**Young, Amanda Ray** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **Eastern District** | Case Number:<br>**10-02954-8** | Date Filed:<br>**4/14/10** |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>**X   /s/ William G. Berggren                  February 7, 2013**<br>Signature of Attorney for Debtor(s)                      (Date)<br>**William G. Berggren** |

| **Exhibit C** |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br><br>☐ Yes, and Exhibit C is attached and made a part of this petition.<br>■ No. |

| **Exhibit D** |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>■ Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>■ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| **Information Regarding the Debtor - Venue**<br>(Check any applicable box) |
|---|
| ■   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| **Certification by a Debtor Who Resides as a Tenant of Residential Property**<br>(Check all applicable boxes) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

B1 (Official Form 1)(12/11)                                                                                                                                  Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s):
**Young, Timothy Wayne**
**Young, Amanda Ray**

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
|---|---|

**Signature(s) of Debtor(s) (Individual/Joint)**

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X  **/s/ Timothy Wayne Young**
Signature of Debtor  **Timothy Wayne Young**

X  **/s/ Amanda Ray Young**
Signature of Joint Debtor  **Amanda Ray Young**

Telephone Number (If not represented by attorney)

**February 7, 2013**
Date

**Signature of a Foreign Representative**

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney\***

X  **/s/ William G. Berggren**
Signature of Attorney for Debtor(s)

**William G. Berggren**
Printed Name of Attorney for Debtor(s)

**Adams, Portnoy & Berggren, PLLC**
Firm Name

**P.O. Box 18306**
**Raleigh, NC 27619**

Address

**Email: wberggren@aol.com**
**(919) 875-8773  Fax: (919) 875-0882**
Telephone Number

**February 7, 2013**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Authorized Individual

_____
Printed Name of Authorized Individual

_____
Title of Authorized Individual

_____
Date

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Timothy Wayne Young**
**Amanda Ray Young**

Debtor(s)

Case No. _____

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                                          Page 2

☐ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

   ☐ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

   ☐ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

   ☐ Active military duty in a military combat zone.

☐ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

    Signature of Debtor: **/s/ Timothy Wayne Young**
               **Timothy Wayne Young**
    Date: **February 7, 2013**

B 1D (Official Form 1, Exhibit D) (12/09)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Timothy Wayne Young**
**Amanda Ray Young**

Debtor(s)

Case No. _____

Chapter   **7**

## EXHIBIT D - INDIVIDUAL DEBTOR'S STATEMENT OF COMPLIANCE WITH CREDIT COUNSELING REQUIREMENT

**Warning: You must be able to check truthfully one of the five statements regarding credit counseling listed below. If you cannot do so, you are not eligible to file a bankruptcy case, and the court can dismiss any case you do file. If that happens, you will lose whatever filing fee you paid, and your creditors will be able to resume collection activities against you. If your case is dismissed and you file another bankruptcy case later, you may be required to pay a second filing fee and you may have to take extra steps to stop creditors' collection activities.**

*Every individual debtor must file this Exhibit D. If a joint petition is filed, each spouse must complete and file a separate Exhibit D. Check one of the five statements below and attach any documents as directed.*

☐ 1. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, and I have a certificate from the agency describing the services provided to me. *Attach a copy of the certificate and a copy of any debt repayment plan developed through the agency.*

■ 2. Within the 180 days **before the filing of my bankruptcy case**, I received a briefing from a credit counseling agency approved by the United States trustee or bankruptcy administrator that outlined the opportunities for available credit counseling and assisted me in performing a related budget analysis, but I do not have a certificate from the agency describing the services provided to me. *You must file a copy of a certificate from the agency describing the services provided to you and a copy of any debt repayment plan developed through the agency no later than 14 days after your bankruptcy case is filed.*

☐ 3. I certify that I requested credit counseling services from an approved agency but was unable to obtain the services during the seven days from the time I made my request, and the following exigent circumstances merit a temporary waiver of the credit counseling requirement so I can file my bankruptcy case now. *[Summarize exigent circumstances here.]* ____

**If your certification is satisfactory to the court, you must still obtain the credit counseling briefing within the first 30 days after you file your bankruptcy petition and promptly file a certificate from the agency that provided the counseling, together with a copy of any debt management plan developed through the agency. Failure to fulfill these requirements may result in dismissal of your case. Any extension of the 30-day deadline can be granted only for cause and is limited to a maximum of 15 days. Your case may also be dismissed if the court is not satisfied with your reasons for filing your bankruptcy case without first receiving a credit counseling briefing.**

B 1D (Official Form 1, Exhibit D) (12/09) - Cont.                                                                Page 2

□ 4. I am not required to receive a credit counseling briefing because of: *[Check the applicable statement.] [Must be accompanied by a motion for determination by the court.]*

□ Incapacity. (Defined in 11 U.S.C. § 109(h)(4) as impaired by reason of mental illness or mental deficiency so as to be incapable of realizing and making rational decisions with respect to financial responsibilities.);

□ Disability. (Defined in 11 U.S.C. § 109(h)(4) as physically impaired to the extent of being unable, after reasonable effort, to participate in a credit counseling briefing in person, by telephone, or through the Internet.);

□ Active military duty in a military combat zone.

□ 5. The United States trustee or bankruptcy administrator has determined that the credit counseling requirement of 11 U.S.C. § 109(h) does not apply in this district.

**I certify under penalty of perjury that the information provided above is true and correct.**

Signature of Debtor:    **/s/ Amanda Ray Young**
                        **Amanda Ray Young**

Date:    **February 7, 2013**

B6 Summary (Official Form 6 - Summary) (12/07)

.

# United States Bankruptcy Court
### Eastern District of North Carolina

In re    **Timothy Wayne Young,**
**Amanda Ray Young**

Case No. _____

_____ ,

Chapter _____ **7**

Debtors

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A,
B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets.
Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must
also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 16,393.43 | | |
| C - Property Claimed as Exempt | Yes | 4 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 9,234.45 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 89.63 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 39 | | 179,259.93 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I -  Current Income of Individual Debtor(s) | Yes | 1 | | | 4,337.04 |
| J -  Current Expenditures of Individual Debtor(s) | Yes | 2 | | | 4,311.00 |
| Total Number of Sheets of ALL Schedules | | 55 | | | |
| Total Assets | | | 16,393.43 | | |
| Total Liabilities | | | | 188,584.01 | |

Form 6 - Statistical Summary (12/07)

.

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **Timothy Wayne Young,**
        **Amanda Ray Young**                    Case No. _____

                                      Debtors       ,      Chapter _____ **7** _____

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐   Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | 0.00 |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | 89.63 |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | 0.00 |
| Student Loan Obligations (from Schedule F) | 26,274.00 |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | 0.00 |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | 0.00 |
| TOTAL | 26,363.63 |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | 4,337.04 |
| Average Expenses (from Schedule J, Line 18) | 4,311.00 |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | 3,165.22 |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | 4,634.45 |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | 89.63 | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | 0.00 |
| 4. Total from Schedule F | | 179,259.93 |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | 183,894.38 |

B6A (Official Form 6A) (12/07)

.

In re    **Timothy Wayne Young,**                                           Case No. _____
              **Amanda Ray Young,**

_____,
                                   Debtors

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | | |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

**0** continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Timothy Wayne Young,**
         **Amanda Ray Young,**

Case No. _____

Debtors

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | | **Cash** | **J** | **4.00** |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Bank of America Checking Account** | **J** | **1,487.72** |
| | | **PNC Bank Checking Account** | **H** | **0.06** |
| | | **Bank of America Savings Account** | **J** | **12.65** |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | | **Security/rental deposit with Public Storage; $250** | **J** | **Unknown** |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | | **See Local Form 2** | **J** | **1,500.00** |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | **See Local Form 2** | **J** | **175.00** |
| 6.  Wearing apparel. | | **See Local Form 2** | **J** | **275.00** |
| 7.  Furs and jewelry. | | **See Local Form 2** | **J** | **500.00** |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | | **Group Universal Life Insurance with Prudential for $30,000 (Debtor's spouse is the beneficiary).** | **W** | **Unknown** |
| | | **Public Storage Term Life Insurance for $100,000 (Debtor's wife is the beneficiary).** | **J** | **Unknown** |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >    **3,954.43**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Timothy Wayne Young,**
         **Amanda Ray Young**                                          Case No. _____

_____,
                              Debtors

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | | **Public Storage 401(k) plan (not property of the estate); there is approximately $139.26 in the retirement plan.** | **H** | **Unknown** |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Debtor's expects to receive $7,721 for their Federal 2012 tax return and $118 for State, which totals $7,839.** | **J** | **7,839.00** |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

Sub-Total >    **7,839.00**
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re    **Timothy Wayne Young,**                                    Case No. _____
         **Amanda Ray Young,**
_____,
                        Debtors
## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2007 Ford Taurus 4D Sedan SEL (89,171 miles)** | J | 4,600.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | | **Debtor's receive $710 per month for their son for Social Security benefits.** | J | Unknown |

| | | |
|---|---|---|
| Sub-Total > | 4,600.00 | |
| (Total of this page) | | |
| Total > | 16,393.43 | |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6C (Official Form 6C) (4/10)

.

In re    **Timothy Wayne Young,**                                   Case No. _____
         **Amanda Ray Young,**
_____,
                          Debtors

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:          ☐ Check if debtor claims a homestead exemption that exceeds
(Check one box)                                                            $146,450. *(Amount subject to adjustment on 4/1/13, and every three years thereafter*
☐ 11 U.S.C. §522(b)(2)                                                     *with respect to cases commenced on or after the date of adjustment.)*
☒ 11 U.S.C. §522(b)(3)

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Cash on Hand** | | | |
| **Cash** | **N.C. Gen. Stat. § 1-362** | **4.00** | **4.00** |
| **Checking, Savings, or Other Financial Accounts, Certificates of Deposit** | | | |
| **Bank of America Checking Account** | **N.C. Gen. Stat. § 1-362** | **1,487.72** | **1,487.72** |
| **PNC Bank Checking Account** | **N.C. Gen. Stat. § 1-362** | **0.06** | **0.06** |
| **Bank of America Savings Account** | **N.C. Gen. Stat. § 1-362** | **12.65** | **12.65** |
| **Household Goods and Furnishings** | | | |
| **See Local Form 2** | **N.C. Gen. Stat. § 1C-1601(a)(4)** | **1,500.00** | **1,500.00** |
| **Books, Pictures and Other Art Objects; Collectibles** | | | |
| **See Local Form 2** | **N.C. Gen. Stat. § 1C-1601(a)(4)** | **175.00** | **175.00** |
| **Wearing Apparel** | | | |
| **See Local Form 2** | **N.C. Gen. Stat. § 1C-1601(a)(4)** | **275.00** | **275.00** |
| **Furs and Jewelry** | | | |
| **See Local Form 2** | **N.C. Gen. Stat. § 1C-1601(a)(4)** | **500.00** | **500.00** |
| **Other Liquidated Debts Owing Debtor Including Tax Refund** | | | |
| **Debtor's expects to receive $7,721 for their Federal 2012 tax return and $118 for State, which totals $7,839.** | **N.C. Gen. Stat. § 1C-1601(a)(2)** | **7,839.00** | **7,839.00** |

|  | | Total: | **11,793.43** | **11,793.43** |

  __0__   continuation sheets attached to Schedule of Property Claimed as Exempt

Form 6 Sch C — Local Form 2.

| In re | Timothy Wayne Young and Amanda Ray Young | Case No. | |
|---|---|---|---|
| | Debtor(s). | | (If known) |

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT

I/we, _____Timothy Wayne Young and Amanda Ray Young_____ claim the following property as exempt pursuant to 11 USC 522(b)(2)(A) and (B) and the laws of the State of North Carolina, and non-bankruptcy Federal law: (Attach additional sheets if necessary)

1.    NCGS 1C-1601(a)(1) (NC Const., Article X, Section 2) **REAL OR PERSONAL PROPERTY USED AS A RESIDENCE OR BURIAL PLOT**  (exemption not to exceed $35,000.00 per debtor; however, an unmarried debtor who is 65 years of age or older is entitled to retain an aggregate interest in the property not to exceed $70,000 in value so long as the property was previously owned by the debtor as a tenant by the entireties or as a joint tenant with rights of survivorship and the former co-owner of the property is deceased, in which case the debtor must specify his/her age and the name of the former co-owner, if a child use initials only, of the property below**).**

Debtor's Age: _____  Name of Former Co-owner: _____

| Description of Property & Address | Market Value | Mtg. Holder or Lien Holder | Amt. Mtg. or Lien | Net Value | Value Claimed Exempt |
|---|---|---|---|---|---|
| None. | | | | | |
| | | | | | |
| **VALUE OF REAL ESTATE CLAIMED AS EXEMPT:** | | | | | 0.00 |

2.    NCGS 1C-1601(a)(3) **MOTOR VEHICLE** (exemption in one vehicle (per debtor) not to exceed $3,500.00 per debtor)

| Model, Year Style of Auto | Market Value | Lien Holder | Amt. Lien | Net Value | Value claimed as Exempt |
|---|---|---|---|---|---|
| None. | | | | | |
| | | | | | |
| **VALUE OF MOTOR VEHICLE CLAIMED AS EXEMPT:** | | | | | 0.00 |

Form 6 Sch C — Local Form 2.

      3.    NCGS 1C-1601(a)(4) (NC Const., Article X, Section 1) **PERSONAL OR HOUSEHOLD GOODS** (net value not to exceed $5,000.00 per debtor plus $1,000.00 for first four dependents)

    The number of dependents for exemption purposes is: ___3___ .

| Description of Property | Market Value | Lien Holder | Amt. Lien | Net Value | Claimed as Exempt |
|---|---|---|---|---|---|
| Clothing & personal | 275 | | | | 275 |
| Kitchen appliances | 50 | | | | 50 |
| Stove | | | | | |
| Refrigerator | | | | | |
| Freezer | | | | | |
| Washing Machine | 50 | | | | 50 |
| Dryer | 50 | | | | 50 |
| China | | | | | |
| Silver | | | | | |
| Jewelry | 500 | | | | 500 |
| Living Room Furniture | 200 | | | | 200 |
| Den Furniture | | | | | |
| Bedroom Furniture | 75 | | | | 75 |
| Dining Room Furniture | 100 | | | | 100 |
| Lawn Furniture | | | | | |
| Television(s) | 300 | | | | 300 |
| ( ) Stereo ( ) Radio | | | | | |
| ( ) VCR/DVD ( ) Video Camera | 50 | | | | 50 |
| Other Audio Equipment | | | | | |
| Computer & Accessories | 300 | | | | 300 |
| Musical Instruments | | | | | |
| ( ) Piano ( ) Organ | | | | | |
| Air Conditioner | | | | | |
| Paintings/Art | 50 | | | | 50 |

Form 6 Sch C — Local Form 2.

| | | | | |
|---|---|---|---|---|
| **Books** | 50 | | | 50 |
| **Other Collections (CD's, Tapes, Etc.)** | 75 | | | 75 |
| **Lawn Mower** | | | | |
| **Yard Tools** | | | | |
| **Power Tools** | 100 | | | 100 |
| **Other Tools** | 25 | | | 25 |
| **Crops** | | | | |
| **Recreational Equipment** | | | | |
| **Firearms (used for household protection)** | | | | |
| **Other Household Goods, Supplies & Furnishings** | 100 | | | 100 |
| **Other Personal Items & Possessions** | 100 | | | 100 |
| **Other Miscellaneous Items, Specify:** | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | **VALUE CLAIMED AS EXEMPT:** | | | 2,450.00 |

4.        N.C.G.S. 1C-1601(a)(5) **TOOLS OF TRADE** (total net value not to exceed $2,000.00 in value per debtor)

| Description | Market Value | Lien Holder | Amt. Lien | Net Value | Net Value |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | **VALUE CLAIMED AS EXEMPT:** | | | | 0.00 |

5.        NCGS 1C-1601(a)(6) **LIFE INSURANCE** (NC Const., Article X, Section 5)

Form 6 Sch C — Local Form 2.

| Company/ Description | Insured | Policy Number | Beneficiary | Cash Value |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |
|  |  |  |  |  |

6.      NCGS 1C-1601(a)(7) **PROFESSIONALLY PRESCRIBED HEALTH AIDS** (Debtor or Debtor's Dependents, no limit on value)

| Description |
|---|
|  |

7.      NCGS 1C-1601(a)(8) **COMPENSATION FOR PERSONAL INJURY OR DEATH OF A PERSON UPON WHOM THE DEBTOR WAS DEPENDENT FOR SUPPORT.  COMPENSATION NOT EXEMPT FROM RELATED LEGAL, HEALTH OR FUNERAL EXPENSE.**

| Description | Source of Compensation, including name (if child, initials only) and last four Didgits of Account Number of any Disability Policy or Annuity |
|---|---|
|  |  |

8.      NCGS 1C-1601(a)(2) **ANY PROPERTY** (Debtor's aggregate interest in any property is not to exceed $5,000 in value of any unused exemption amount to which the debtor is entitled under NCGS 1C-1601(a)(1)).

| Description | Market Value | Lien Holder | Amt. Lien | Net Value | Value Claimed As Exempt |
|---|---|---|---|---|---|
| Debtor's expects to receive $7,721 for their Federal 2012 tax return and $118 for State, which totals $7,839. | 7,839.00 | N/A | N/A | 7,839.00 | 7,839.00 |
|  |  |  |  |  |  |

Form 6 Sch C — Local Form 2.

| | | | | | |
|---|---|---|---|---|---|
| | | | | | 7839 |

**THE DEBTOR(S) RESERVES THE USE OF ANY EXEMPTION OVER AND ABOVE THE AMOUNT CLAIMED UP TO THE AMOUNT ALLOWABLE BY LAW FOR USE IN CLAIMING ANY INADVERTENT OMISSION OR FOR ERRORS IN VALUATION.**

Form 6 Sch C — Local Form 2.

9.    **NCGS 1C-1601(a)(9) and 11 U.S.C. §522 INDIVIDUAL RETIREMENT PLANS & RETIREMENT FUNDS** as described in the Internal Revenue Code, and any plan treated in the same manner as an individual retirement plan, including individual retirement accounts and Roth retirement accounts as described in §§408A of the Internal Revenue Code, individual retirement annuities as described in §408(b) of the Internal Revenue Code, accounts established as part of a trust described in §408(c) of the Internal Revenue Code, and funds in an account exempt from taxation under §401, 403, 408, 408A, 414, 457, or 510(a) of the Internal Revenue Code.  For purposes of this subdivision, "Internal Revenue Code" means Code as defined in G.S. 105-205-228.90.

| Type of Account | Location of Account | Last 4 digits of Account No. |
|---|---|---|
|  |  |  |

10.    **NCGS 1C-1601(a)(10) FUNDS IN A COLLEGE SAVINGS PLAN** as qualified under § 529 of the internal Revenue Code, and that are not otherwise excluded from the estate pursuant to 11 U.S.C. §§541(b)(5)-(6), (e), not to exceed a cumulative limit of $25,000.  If funds were placed in a college savings plan within the 12 months prior to filing, the contributions must have been made in the ordinary course of the debtor's financial affairs and must have been consistent with the debtor's past pattern of contributions.  The exempt applies to funds for a child of the debtor that will actually be used for the child's college or university expenses.

| College Savings Plan | Last 4 Digits of Account No. | Value | Initials of Child Benficiary |
|---|---|---|---|
|  |  |  |  |

11.    **NCGS 1C-1601(a)(11) RETIREMENT BENEFITS UNDER THE RETIREMENT PLANS OF OTHER STATES AND GOVERNMENTAL UNITS OF OTHER STATES** (The Debtor's interest is exempt only to the extent that theses benefits are exempt under the laws of the state or governmental unit under which the benefit plan is established).

| Name of Retirement Plan | State or Governmental Unit. | Last Four Digits of Identifying Number |
|---|---|---|
|  |  |  |

12.    **NCGS 1C-1601(a)(12) ALIMONY, SUPPORT, SEPARATE MAINTENANCE, AND CHILD SUPPORT PAYMENTS OR FUNDS THAT HAVE BEEN RECEIVED OR TO WHICH THE DEBTOR IS ENTITLED** (The debtor's interest is exempt to the extent the payments or funds are reasonably necessary for the support of the debtor or any dependent of the debtor).

| Type of Support | Amount | Location of Funds |
|---|---|---|
|  |  |  |

13.    **TENANCY BY THE ENTIRETY.**  The following property is claimed as exempt pursuant to 11 USC 522 and the law of the State of North Carolina pertaining to property held as tenants by the entirety.

| Description of Property & Address | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|

Form 6 Sch C — Local Form 2.

|  |  |  |  |  |
|---|---|---|---|---|
|  |  |  |  |  |

| | VALUE OF ENTIRETIES PROPERTY CLAIMED AS EXEMPT: | 0.00 |
|---|---|---|

14.    **NORTH CAROLINA PENSION FUND EXEMPTIONS:**

|  |  | Amount |
|---|---|---|
| a. | North Carolina Local Government Employees Retirement benefits NCGS 128-31 | |
| b. | North Carolina Teachers and State Employees Retirement benefits NCGS 135-9 | |
| c. | Firemen's Relief Fund pensions NCGS 58-86-90 | |
| d. | Fraternal Benefit Society benefits NCGS 58-24-85 | |
| e. | Benefits under the Supplemental Retirement Income Plan for teachers and state employees are exempt from levy, sale, and garnishment NCGS 135-95 | |
| f. | Benefits under the Supplemental Retirement Income Plan for state law enforcement officers are exempt from levy, sale, and garnishment NCGS 143-166.30(g) | |
| | **TOTAL PROPERTY CLAIMED AS EXEMPT:** | 0.00 |

15.    **OTHER EXEMPTIONS CLAIMED UNDER THE LAWS OF THE STATE OF NORTH CAROLINA:**

|  |  | Amount |
|---|---|---|
| a. | Aid to the Aged, Disabled and Families with Dependent Children NCGS 108A-36 | |
| b. | Aid to the Blind NCGS 111-18 | |
| c. | Yearly Allowance for Surviving Spouse NCGS 30-15 | |
| d. | Workers Compensation benefits NCGS 97-21 | |
| e. | Unemployment benefits, so long as not commingled and except for debts for necessities purchased while unemployed NCGS 96-17 | |
| f. | Group insurance proceeds NCGS 58-58-165 | |
| g. | Partnership property, except on a claim against the partnership NCGS 59-55 | |
| h. | Wages of debtor necessary for support of family NCGS 1-362 | 1,504.43 |
| i. | Benefits under the Separate Insurance Benefits Plan for state and local law enforcement officers are exempt from levy, sale, and garnishment NCGS 143-166.60(h) | |

Form 6 Sch C — Local Form 2.

| | |
|---|---|
| j.   Vested benefits under the North Carolina Public Employee Deferred Compensation Plan are exempt from levy, sale, and garnishment NCGS 147-9.4 | |
| **VALUE OF PROPERTY CLAIMED AS EXEMPT:** | 1,504.43 |

16.   **FEDERAL PENSION FUND EXEMPTIONS**

| | **Amount** |
|---|---|
| a.   Foreign Service Retirement and Disability Payments. 22 USC 4060 | |
| b.   Civil Service Retirement benefits 5 USC 8346 | |
| c.   Railroad Retirement Act annuities and pensions 45 USC 231m | |
| d.   Veterans benefits 38 USC 5301 | |
| e.   Special pension paid to winners of Congressional Medal of Honor 38 USC 1562 | |
| f.   Annuities payable for service in the General Accounting Office 31 USC 776 | |
| **TOTAL PROPERTY CLAIMED AS EXEMPT:** | 0.00 |

17.   **OTHER  EXEMPTIONS CLAIMED UNDER NONBANKRUPTCY FEDERAL LAW**

| | **Amount** |
|---|---|
| a.   Social Security benefits 42 USC 407 (Social Security benefits for son $710 per month) | Entire Amount |
| b.   Injury or death compensation payments from war risk hazards 42 USC 1717 | |
| c.   Wages owing a master or seamen, exempt for support of a spouse and/or minor children 46 U.S.C. 11109 | |
| d.   Longshoremen and Harbor Workers Compensation Act death and disability benefits 33 USC 916 | |
| e.   Crop insurance proceeds 7 U.S.C. 1509 | |
| f.   Public Safety officers' death benefits 42 U.S.C. 3796 (see subsection (g)) | |
| g.   Railroad unemployment insurance 45 U.S.C. 352 (see subsection (e)) | |
| **TOTAL PROPERTY CLAIMED AS EXEMPT:** | Entire Amount |

Form 6 Sch C — Local Form 2.

18.a. **THE FOLLOWING TANGIBLE PERSONAL PROPERTY WAS PURCHASED BY THE DEBTOR WITHIN 90 DAYS OF THE FILING OF THE BANKRUPTCY PETITION:**

| Description | Market Value | Lien Holder | Amount of Lien | Net Value |
|---|---|---|---|---|
| None. | | | | |
| | | | | |
| | | | | |
| | | | | |

18.b.  List any tangilbe personal property from 18(a) that is directly traceable to the liquidation or conversion of property that may be exempt and that was not acquired by transferring or using additional property.

| Description of Replacement Property | Description of Property liquidated or Converted that May be Exempt |
|---|---|
| | |

19.        **THE DEBTOR'S PROPERTY IS SUBJECT TO THE FOLLOWING CLAIMS:**

| | |
|---|---|
| a. | Of the United States or its agencies as provided by federal law |
| b. | Of the State of North Carolina or its subdivisions for taxes, appearance, or fiduciary bonds |
| c. | Of a lien by a laborer for work done and performed for the person claiming the exemption.  But only as to the specific property affected. |
| d. | Of a lien by a mechanic for work done on the premises, but only as to the specific property affected. |
| e. | For payment of obligations contracted for the purchase of specific property |
| f. | For contractual security interests in specific property affected; provided, that the exemptions shall apply to the debtor's household goods notwithstanding any contract for a nonpossessory, nonpurchase money security interest in any such goods. |
| g. | For statutory liens, on the specific property affected, other than judicial liens |
| h. | For child support, alimony, or distributive award order pursuant to Chapter 50 of the General Statutes of North Carolina. |

| Claimant | Nature of Claim | Amt. of Claim | Description of Property | Value of Property | Net Value |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

None of the property listed in paragraph 15 has been included in this claim of exemptions.
None of the claims listed in paragraph 16 is subject to this claim of exemptions.

**Form 6 Sch C — Local Form 2.**

DATE:                                    s/ Timothy Wayne Young
                                         Timothy Wayne Young, Debtor


DATE:                                    s/ Amanda Ray Young
                                         Amanda Ray Young, Debtor

**Form 6 Sch C — Local Form 2.**

UNSWORN DECLARATION UNDER PENALTY OF PERJURY ON
BEHALF OF INDIVIDUAL TO SCHEDULE C-
PROPERTY CLAIMED AS EXEMPT

I/we, ____Timothy Wayne Young and Amanda Ray Young____, declare under penalty of perjury that I/we have read the foregoing Schedule C-Property Claimed as Exempt, consisting of ___ sheets, and that they are true and correct to the best of my/our knowledge, information and belief.

Executed on:                          s/ Timothy Wayne Young_____

                                       Timothy Wayne Young, Debtor


Executed on:                          s/ Amanda Ray Young_____
                                         Amanda Ray Young, Debtor

B6D (Official Form 6D) (12/07)

In re    **Timothy Wayne Young,**                                              Case No. _____
         **Amanda Ray Young**

_____,
                    Debtors

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. **0235742** | | | **Purchase Money** | | | | | |
| **Santander** Attn: Bankruptcy Dept. PO Box 560284 Dallas, TX 75356-0284 | | W | **2007 Ford Taurus 4D Sedan SEL (89,171 miles)** | | | | | |
| | | | Value $            **4,600.00** | | | | **9,234.45** | **4,634.45** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

**_0_** continuation sheets attached

| | Subtotal (Total of this page) | **9,234.45** | **4,634.45** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **9,234.45** | **4,634.45** |

B6E (Official Form 6E) (4/10)

.

In re    **Timothy Wayne Young,**                                              Case No. _____
         **Amanda Ray Young**
_____                                                                    ,
                              Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

_____ **1** _____    continuation sheets attached

2/12/13  2:45PM

B6E (Official Form 6E) (4/10) - Cont.

In re  **Timothy Wayne Young,**
       **Amanda Ray Young**

Case No. _____

Debtors

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | AMOUNT ENTITLED TO PRIORITY |
| Account No. **0511665957** | | | | **Vehicle Tax** | | | | | |
| **Wake County Revenue Department** **PO Box 2331** **Raleigh, NC 27602-2331** | J | | | | | | | | 0.00 |
| | | | | | | | | 89.63 | 89.63 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

| | | |
|---|---|---|
| Sheet __1__ of __1__ continuation sheets attached to Schedule of Creditors Holding Unsecured Priority Claims | Subtotal (Total of this page) | 0.00 |
| | | 89.63        89.63 |
| | Total (Report on Summary of Schedules) | 0.00 |
| | | 89.63        89.63 |

2/12/13 2:45PM

B6F (Official Form 6F) (12/07)

In re  **Timothy Wayne Young,**
      **Amanda Ray Young**                                                 Case No. _____

                                                       **Debtors**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

    State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

    If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Multiple Accounts**<br><br>**Absolute Collection Services**<br>**Attn: Managing Agent**<br>**421 Fayetteville, Suite 600**<br>**Raleigh, NC 27601** | | J | Medical Services | | | | 16,400.35 |
| Account No.<br><br>**Revenue Cycle Solutions**<br>**Attn: Managing Agent**<br>**421 Fayetteville St., Suite 600**<br>**Raleigh, NC 27601** | | | Representing:<br>**Absolute Collection Services** | | | | Notice Only |
| Account No. **A22506884**<br><br>**Absolute Collection Services**<br>**Attn: Managing Agent**<br>**421 Fayetteville, Suite 600**<br>**Raleigh, NC 27601** | | W | Medical Services | | | | 406.00 |
| Account No.<br><br>**Revenue Cycle Solutions**<br>**Attn: Managing Agent**<br>**421 Fayetteville St., Suite 600**<br>**Raleigh, NC 27601** | | | Representing:<br>**Absolute Collection Services** | | | | Notice Only |

__38__ continuation sheets attached                                     Subtotal
                                                               (Total of this page)      **16,806.35**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Timothy Wayne Young,**
         **Amanda Ray Young**                                                   Case No. _____
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **CHS833692554** <br><br> **American Anesthesiology of NC** <br> **Attn: Managing Agent** <br> **PO Box 19007** <br> **Raleigh, NC 27619** | | H | | **Medical Services** | | | | 945.00 |
| Account No. <br><br> **American Anesthesilogy of NC** <br> **Attn: Managing Agent** <br> **PO Box 535389** <br> **Atlanta, GA 30353-5389** | | | | **Representing:** <br> **American Anesthesiology of NC** | | | | Notice Only |
| Account No. **3867** <br><br> **Applied Bank** <br> **Bankcard Service Center** <br> **PO Box 15809** <br> **Wilmington, DE 19850-5809** | | W | | **Credit card purchases** | | | | 1,305.00 |
| Account No. **Multiple Accounts** <br><br> **Arrow Financial Services** <br> **Attn: Managing Agent** <br> **5996 W. Toughy Ave.** <br> **Niles, IL 60714** | | H | | | | | | 4,549.00 |
| Account No. **5819** <br><br> **Aspire Card Services** <br> **Attn: Managing Agent** <br> **PO Box 105555** <br> **Atlanta, GA 30348-5555** | | H | | **Credit card purchases** | | | | 1,436.35 |

Sheet no. __1__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

8,235.35

B6F (Official Form 6F) (12/07) - Cont.

In re    **Timothy Wayne Young,**
         **Amanda Ray Young**

Case No. _____

_____,
                                  Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. <br><br>**Aspire Card Services**<br>**Attn: Managing Agent**<br>**PO Box 23007**<br>**Columbus, GA 31902-3007** | | | | Representing:<br>Aspire Card Services | | | | **Notice Only** |
| Account No. **Multiple Accounts**<br><br>**AT&T**<br>**Attn: Regional Bankruptcy Dept.**<br>**2DD1-301 W. Bay Street**<br>**Jacksonville, FL 32202** | | H | | Telephone service | | | | **211.50** |
| Account No. <br><br>**AT&T**<br>**Attn: Bankruptcy Department**<br>**PO Box 538641**<br>**Atlanta, GA 30353** | | | | Representing:<br>AT&T | | | | **Notice Only** |
| Account No. <br><br>**AT&T**<br>**Attn: Bankruptcy Department**<br>**PO Box 105262**<br>**Atlanta, GA 30348-5262** | | | | Representing:<br>AT&T | | | | **Notice Only** |
| Account No. **119830133**<br><br>**AT&T**<br>**Accounts Receivables Management**<br>**2200 Pinecroft Road, Suite 300**<br>**Greensboro, NC 27407-4990** | | W | | Telephone service | | | | **159.66** |

Sheet no. _**2**_ of _**38**_ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**371.16**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Timothy Wayne Young,**
          **Amanda Ray Young**                                        Case No. _____

                                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H | W J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **AT&T** <br> **Attn: Bankruptcy Department** <br> **PO Box 105262** <br> **Atlanta, GA 30348-5262** | | | | Representing: <br> AT&T | | | | **Notice Only** |
| Account No. <br><br> **AT&T** <br> **Attn: Bankruptcy Department** <br> **PO Box 538641** <br> **Atlanta, GA 30353** | | | | Representing: <br> AT&T | | | | **Notice Only** |
| Account No. **919 303-7309 412 0362** <br><br> **AT&T** <br> **Accounts Receivables Management** <br> **2200 Pinecroft Road, Suite 300** <br> **Greensboro, NC 27407-4990** | | W | | Telephone service | | | | **77.27** |
| Account No. **90234229** <br><br> **Bay Area Credit Service LLC** <br> **Attn: Managing Agent** <br> **1901 W 10th Street** <br> **Antioch, CA 94509-1380** | | | | Representing: <br> AT&T | | | | **Notice Only** |
| Account No. **49638402-1-29** <br><br> **I.C. Systems, Inc.** <br> **444 Highway 96 East** <br> **PO Box 64437** <br> **Saint Paul, MN 55164-0437** | | | | Representing: <br> AT&T | | | | **Notice Only** |

Sheet no. __3__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)            **77.27**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Timothy Wayne Young,**
       **Amanda Ray Young**                                                                   Case No. _____

_____,
                                          Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5135 / 9816**<br><br>**Banfield The Pet Hospital**<br>**Attn: Managing Agent**<br>**PO Box 13998**<br>**Portland, OR 97213-6655** | | W | | | | | **131.69** |
| Account No. **768M; 8-080**<br><br>**BMG Music Service**<br>**Attn: Managing Agent**<br>**PO Box 91545**<br>**Indianapolis, IN 46291-0545** | | H | Purchases | | | | **55.91** |
| Account No. **2300053**<br><br>**Camden Reunion Park**<br>**Attn: Managing Agent**<br>**100 Reunion Park Dr**<br>**Apex, NC 27539** | | H | Terminated lease | | | | **3,510.03** |
| Account No.<br><br>**Hunter & Warfield**<br>**Attn: Managing Agent**<br>**4620 Woodland Corporate Blvd.**<br>**Tampa, FL 33614** | | | Representing:<br>Camden Reunion Park | | | | **Notice Only** |
| Account No. **8465**<br><br>**Capital One**<br>**Attn: Managing Agent**<br>**PO Box 85520**<br>**Richmond, VA 23285** | | W | Credit card purchases | | | | **9,650.99** |

Sheet no. __4__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **13,348.62**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Timothy Wayne Young,**                                    Case No. _____
         **Amanda Ray Young**
_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Representing: | | | | |
| **Capital One**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | | **Capital One** | | | | **Notice Only** |
| Account No. **250492** | | | Credit card purchases | | | | |
| **Capital One**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 30285**<br>**Salt Lake City, UT 84130-0285** | | W | | | | | **482.39** |
| Account No. **10954071** | | | Representing: | | | | |
| **Professional Recovery Services Inc.**<br>**Attn: Managing Agent**<br>**PO Box 1880**<br>**Voorhees, NJ 08043** | | | **Capital One** | | | | **Notice Only** |
| Account No. **9146971** | | | Old Repossession | | | | |
| **Capital One Auto Finance**<br>**Attn: Managing Agent**<br>**3905 Dallas Parkway**<br>**Plano, TX 75093** | | J | | | | | **8,528.20** |
| Account No. | | | Medical Services | | | | |
| **Cary Cardiology**<br>**Attn: Managing Agent**<br>**300 Keisler Dr. Ste. 204**<br>**Cary, NC 27518-7083** | | H | | | | | **500.00** |

| | | |
|---|---|---|
| Sheet no.  **5**  of  **38**  sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **9,510.59** |

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Timothy Wayne Young,**
        **Amanda Ray Young**                                                    Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **6523**<br><br>**Cary Urology**<br>**Attn: Managing Agent**<br>**105 SW Cary Parkway, Suite 300**<br>**Cary, NC 27511-5389** | | H | | Medical Services | | | | 100.00 |
| Account No. **1345**<br><br>**Chase Cardmember Service**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | | H | | Credit card purchases | | | | 2,428.79 |
| Account No.<br><br>**Washington Mutual Bank**<br>**Attn: Managing Agent**<br>**PO Box 660433**<br>**Dallas, TX 75266-0433** | | | | Representing:<br>Chase Cardmember Service | | | | Notice Only |
| Account No. **2307**<br><br>**Chase Cardmember Service**<br>**Attn: Bankruptcy Dept.**<br>**PO Box 15298**<br>**Wilmington, DE 19850-5298** | | W | | Credit card purchases | | | | 2,290.18 |
| Account No.<br><br>**Washington Mutual Bank**<br>**Attn: Managing Agent**<br>**PO Box 660433**<br>**Dallas, TX 75266-0433** | | | | Representing:<br>Chase Cardmember Service | | | | Notice Only |

Sheet no. __6__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    4,818.97

B6F (Official Form 6F) (12/07) - Cont.

In re  **Timothy Wayne Young,**
    **Amanda Ray Young**    Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4477**<br><br>**Childrens BOMC**<br>**Attn: Managing Agent**<br>**PO Box 6400**<br>**Camp Hill, PA 17012-6400** | | H | Medical Services | | | | 25.67 |
| Account No. **7205**<br><br>**Christus Santa Rosa Healthcare**<br>**Attn: Managing Agent**<br>**2701 High Point Oaks Dr. #124**<br>**Lewisville, TX 75067** | | J | Medical Services | | | | Unknown |
| Account No. **2213 / 1344**<br><br>**Columbia House**<br>**Attn: Managing Agent**<br>**PO Box 91602**<br>**Indianapolis, IN 46291-0612** | | J | Purchases | | | | 30.35 |
| Account No. **7972**<br><br>**Continental Finance**<br>**Attn: Managing Agent**<br>**PO Box 8099**<br>**Newark, DE 19714-8099** | | H | Credit card purchases | | | | 250.00 |
| Account No. **4447 9621 9327 1289**<br><br>**Credit One Bank**<br>**Attn: Managing Agent**<br>**PO Box 98873**<br>**Las Vegas, NV 89193-8873** | | W | Credit card purchases | | | | 943.26 |

Sheet no. __7__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **1,249.28**

B6F (Official Form 6F) (12/07) - Cont.

In re **Timothy Wayne Young,**
**Amanda Ray Young**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**GC Services Limited Partnership Collection Agency Division 6330 Gulfton Houston, TX 77081** | | | Representing: **Credit One Bank** | | | | **Notice Only** |
| Account No. **D01629081** <br><br>**Devry Inc. Attn: Managing Agent 814 Commerce Drive Oak Brook, IL 60523** | | H | School Tuition | | | | **602.37** |
| Account No. **611240** <br><br>**Driver Solutions Attn: Managing Agent 3603 East Raymond Street Indianapolis, IN 46203** | | H | | | | | **21,448.69** |
| Account No. **8107** <br><br>**Duke University Health System Attn: Managing Agent PO Box 70841 Charlotte, NC 28272-0841** | | H | Medical Services | | | | **1,066.03** |
| Account No. <br><br>**Duke University Health System Attn: Managing Agent 5213 South Alston Ave. Durham, NC 27713** | | | Representing: **Duke University Health System** | | | | **Notice Only** |

Sheet no. **8** of **38** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**23,117.09**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re    **Timothy Wayne Young,**
        **Amanda Ray Young**                                              Case No. _____

                                                         **Debtors**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>E-Recovery Solutions<br>Attn: Managing Agent<br>1650 Cambria Street NE<br>Christiansburg, VA 24073 | | H | | | | | 31.00 |
| Account No. **LO1A**<br><br>ECPA Technical College<br>Attn: Managing Agent<br>5555 Greenwhich Road, Suite 100<br>Virginia Beach, VA 23462 | | W | School Tuition | | | | 1,585.81 |
| Account No. **68 4105 7806**<br><br>FedLoan Servicing<br>Attn: Managing Agent<br>PO Box 69184<br>Harrisburg, PA 17106-9184 | | W | Student Loan | | | | 17,000.00 |
| Account No.<br><br>FFCC Columbus<br>Attn: Managing Agent<br>1550 Old Henderson Road<br>Columbus, OH 43220 | | H | | | | | 62.00 |
| Account No.<br><br>Figis.com<br>Attn: Managing Agent<br>3200 S. Central Ave.<br>Marshfield, WI 54449 | | W | | | | | 530.00 |

Sheet no. __9__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                           Subtotal          | 19,208.81
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Timothy Wayne Young,**
      **Amanda Ray Young**    Case No. _____

                                                      Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Financial Control Services** **Attn: Managing Agent** **6801 Sanger, Suite 195** **Waco, TX 76701** | | H | | | | | | 247.00 |
| Account No. **1870** | | | | Credit card purchases | | | | |
| **Fingerhut** **Credit Account Services** **PO Box 1250** **Saint Cloud, MN 56395-1250** | | W | | | | | | 146.76 |
| Account No. **0743** | | | | Credit card purchases | | | | |
| **Fingerhut** **Credit Account Services** **PO Box 1250** **Saint Cloud, MN 56395-1250** | | H | | | | | | 214.16 |
| Account No. **6373** | | | | Credit card purchases | | | | |
| **First Premier Bank** **Attn: Managing Agent** **PO Box 5147** **Sioux Falls, SD 57117-5147** | | H | | | | | | 582.73 |
| Account No. | | | | Representing: **First Premier Bank** | | | | |
| **First Premier Bank** **Attn: Managing Agent** **PO Box 5524** **Sioux Falls, SD 57117-5524** | | | | | | | | **Notice Only** |

Sheet no. __**10**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                      Subtotal
                       (Total of this page)           **1,190.65**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Timothy Wayne Young,**
      **Amanda Ray Young**
                                          ,
                                    Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | J C | | | | | |
| Account No. **066492374630** | | | | | **Credit card purchases** | | | | |
| **Ginny's** **Attn: Managing Agent** **1112 7th Avenue** **Monroe, WI 53566-1364** | | H | | | | | | | 323.00 |
| Account No. **3630** | | | | | **Credit card purchases** | | | | |
| **Ginny's** **Attn: Managing Agent** **1112 7th Avenue** **Monroe, WI 53566-1364** | | H | | | | | | | 278.34 |
| Account No. **24 16** | | | | | **Medical Services** | | | | |
| **Grand Canyon Medical Imaging** **Attn: Managing Agent** **PO Box 73878** **San Clemente, CA 92673** | | H | | | | | | | 43.00 |
| Account No. **6319** | | | | | **Medical Services** | | | | |
| **Greater Lafayette Health Services** **Attn: Managing Agent** **PO Box 3475** **Toledo, OH 43607-0475** | | W | | | | | | | 495.75 |
| Account No. | | | | | | | | | |
| **Green ER Medical Services, Inc** **Attn: Managing Agent** **5620 Southwyck Blvd.** **Toledo, OH 43614-1502** | | J | | | | | | | 0.00 |

Sheet no. __11__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,140.09

B6F (Official Form 6F) (12/07) - Cont.

In re    **Timothy Wayne Young,**
         **Amanda Ray Young**                                                   Case No. _____

_____,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **001 H** | | | | **Medical Services** | | | | |
| **Greene Memorial Hospital** **Attn: Managing Agent** **1141 N. Monroe Drive** **Xenia, OH 45385** | | H | | | | | | **903.00** |
| Account No. | | | | | | | | |
| **Harris & Harris** **Attn: Managing Agent** **111 West Jackson Blvd., Suite 400** **Chicago, IL 60604** | | W | | | | | | **495.00** |
| Account No. | | | | | | | | |
| **Harris & Harris, Ltd.** **Attn: Managing Agent** **PO Box 5598** **Chicago, IL 60680-5598** | | | | **Representing:** **Harris & Harris** | | | | **Notice Only** |
| Account No. **5245** | | | | | | | | |
| **Harvard Collection Services Inc** **Attn: Managing Agent** **4839 N. Elston Avenue** **Chicago, IL 60630-2534** | | W | | | | | | **250.16** |
| Account No. **5155-9900-1960-2865** | | | | **Credit card purchases** | | | | |
| **HSBC Card Services** **Attn: Managing Agent** **PO Box 80084** **Salinas, CA 93912-0084** | | H | | | | | | **514.61** |

Sheet no. __12__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 **2,162.77**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Timothy Wayne Young,**
**Amanda Ray Young**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **5120-2560-2425-0492** | | | | | Credit card purchases | | | | |
| HSBC Card Services Attn: Managing Agent PO Box 80084 Salinas, CA 93912-0084 | | | W | | | | | | 498.70 |
| Account No. **0492** | | | | | Credit card purchases | | | | |
| HSBC Card Services Attn: Managing Agent PO Box 80084 Salinas, CA 93912-0084 | | | W | | | | | | 432.08 |
| Account No. | | | | | Representing: HSBC Card Services | | | | |
| Capital One Attn: Bankruptcy Dept. PO Box 30285 Salt Lake City, UT 84130-0285 | | | | | | | | | Notice Only |
| Account No. | | | | | | | | | |
| I.C. Systems, Inc. 444 Highway 96 East, PO Box 64437 Saint Paul, MN 55164-4337 | | | W | | | | | | 131.00 |
| Account No. **2307** | | | | | Credit card purchases | | | | |
| J.A. Cambece Law Offices, PC Attn: Officer 200 Cummings Park, Ste. 173D Beverly, MA 01915 | | | W | | | | | | 2,831.57 |

Sheet no. __13__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

3,893.35

B6F (Official Form 6F) (12/07) - Cont.

In re    **Timothy Wayne Young,**
      **Amanda Ray Young**
                                                  Debtors

Case No. _____

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Representing: | | | | |
| **J.A. Cambece Law Office, P.C.** **Attn: Managing Agent** **Eight Bourbon Street** **Peabody, MA 01960** | | | **J.A. Cambece Law Offices, PC** | | | | **Notice Only** |
| Account No. **6027** | | | Credit card purchases | | | | |
| **JP Recovery Services** **Attn: Managing Agent** **20220 Center Ridge Rd., Suite 200** **Rocky River, OH 44116** | | H | | | | | **903.00** |
| Account No. | | | Representing: | | | | |
| **JP Recovery Services** **Attn: Managing Agent** **PO Box 16749** **Rocky River, OH 44116** | | | **JP Recovery Services** | | | | **Notice Only** |
| Account No. **6624** | | | Medical Services | | | | |
| **Kingman Regional Medical Center** **Attn: Managing Agent** **3269 Stockton Hill Road** **Kingman, AZ 86409-3619** | | H | | | | | **769.00** |
| Account No. | | | Medical Services | | | | |
| **Laboratory Corporation of America** **Attn: Managing Agent** **PO Box 2240** **Burlington, NC 27216-2240** | | H | | | | | **61.03** |

Sheet no. __14__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,733.03**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Timothy Wayne Young,**
         **Amanda Ray Young**                                                    Case No. _____
                                                                      ,
                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **LabCorp** <br> **Attn: Managing Agent** <br> **PO Box 2100** <br> **Burlington, NC 27216-2100** | | | **Representing:** <br> **Laboratory Corporation of America** | | | | **Notice Only** |
| Account No. **4714** <br><br> **Laboratory Corporation of America** <br> **Attn: Managing Agent** <br> **PO Box 2240** <br> **Burlington, NC 27216-2240** | | J | **Medical Services** | | | | **224.00** |
| Account No. **6741** <br><br> **Laboratory Corporation of America** <br> **Attn: Managing Agent** <br> **PO Box 2240** <br> **Burlington, NC 27216-2240** | | W | **Medical Services** | | | | **233.45** |
| Account No. **0268** <br><br> **LCA Collections** <br> **Attn: Managing Agent** <br> **PO Box 2240** <br> **Burlington, NC 27216-2240** | | H | **Medical Services** | | | | **8.52** |
| Account No. <br><br> **LCA Collections** <br> **Attn: Managing Agent** <br> **PO Box 15519** <br> **Savannah, GA 31416** | | | **Representing:** <br> **LCA Collections** | | | | **Notice Only** |

Sheet no. __**15**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                     **465.97**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Timothy Wayne Young,**
         **Amanda Ray Young**                                                   Case No. _____

                                                    _____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6145** <br><br> **LDG Financial Services, LLC** <br> **Attn: Managing Agent** <br> **4553 Winters Chapel Road** <br> **Atlanta, GA 30360** | | H | | | | | **634.92** |
| Account No. **7824** <br><br> **Lincoln Community Health Center** <br> **Attn: Managing Agent** <br> **PO Box 52119** <br> **Durham, NC 27717-2119** | | W | Medical Services | | | | **26.80** |
| Account No. **2654** <br><br> **Mark R. Lefebvre, PHD** <br> **Attn: Managing Agent** <br> **4505 Fair Meadow Ln., Ste. 211** <br> **Raleigh, NC 27607** | | J | Medical Services | | | | **160.00** |
| Account No. <br><br> **Mark R. Lefebvre, PHD** <br> **Attn: Managing Agent** <br> **2418 Blue Ridge Road, Suite 203** <br> **Raleigh, NC 27607** | | | Representing: <br> **Mark R. Lefebvre, PHD** | | | | **Notice Only** |
| Account No. **0233** <br><br> **MCM** <br> **Attn: Managing Agent** <br> **PO Box 603, Dept 12421** <br> **Oaks, PA 19456** | | W | | | | | **744.24** |

Sheet no. __**16**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **1,565.96**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Timothy Wayne Young,**
      **Amanda Ray Young**                                     Case No. _____

                                                 Debtors
                         ,

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| **Account No. 3139** | | | | | | | |
| **MCM**<br>**Attn: Managing Agent**<br>**PO Box 603, Dept 12421**<br>**Oaks, PA 19456** | | J | | | | | **720.96** |
| **Account No. 638-1** | | | Medical Services | | | | |
| **Medical Imaging Physicians**<br>**2591 Maimisburg Centerville Rd.**<br>**Suite 203**<br>**Dayton, OH 45459** | | H | | | | | **62.00** |
| **Account No. 8555** | | | Credit card purchases | | | | |
| **Merrick Bank**<br>**Attn: Managing Agent**<br>**PO Box 5000**<br>**Draper, UT 84020** | | J | | | | | **1,084.29** |
| **Account No.** | | | | | | | |
| **Merrick Bank**<br>**Attn: Managing Agent**<br>**PO Box 9201**<br>**Old Bethpage, NY 11804** | | | Representing:<br>Merrick Bank | | | | **Notice Only** |
| **Account No. 9159** | | | Credit card purchases | | | | |
| **Merrick Bank**<br>**Attn: Managing Agent**<br>**PO Box 5000**<br>**Draper, UT 84020** | | H | | | | | **904.64** |

Sheet no. __17__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                    Subtotal
              (Total of this page)       **2,771.89**

2/12/13  2:45PM

B6F (Official Form 6F) (12/07) - Cont.

In re   **Timothy Wayne Young,**
      **Amanda Ray Young**    Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Merrick Bank**<br>**Attn: Managing Agent**<br>**PO Box 9201**<br>**Old Bethpage, NY 11804** | | | Representing:<br>Merrick Bank | | | | **Notice Only** |
| Account No. **2032**<br><br>**Midland Credit Management, Inc.**<br>**Attn: Managing Agent**<br>**8875 Areo Dr. Suite 200**<br>**San Diego, CA 92123** | | H | | | | | **719.95** |
| Account No. <br><br>**Midland Credit Management**<br>**Dept. 12421**<br>**PO Box 603**<br>**Oaks, PA 19456** | | | Representing:<br>Midland Credit Management, Inc. | | | | **Notice Only** |
| Account No. **Multiple Accounts**<br><br>**Midland Credit Management, Inc.**<br>**Attn: Managing Agent**<br>**8875 Aero Dr., Suite 200**<br>**San Diego, CA 92123** | | H | | | | | **2,396.00** |
| Account No. <br><br>**Miller Motte**<br>**Attn: Managing Agent**<br>**2205 Walnut Street**<br>**Cary, NC 27518** | | H | | | | | **500.00** |

Sheet no. __18__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal | **3,615.95**
(Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re     **Timothy Wayne Young,**                                      Case No. _____
          **Amanda Ray Young**
_____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **4110** <br><br> **Monroe & Main** <br> **Attn: Managing Agent** <br> **1112 7th Avenue** <br> **Monroe, WI 53566** | | W | | | | | 140.00 |
| Account No. **5598** <br><br> **Mountain Park Spring Water** <br> **Attn: Managing Agent** <br> **2835 Lowery Street** <br> **Winston Salem, NC 27101** | | W | Purchases | | | | 107.20 |
| Account No. **4447-9621-9327-1289** <br><br> **MSW Capital, LLC** <br> **c/o Praxis Financial Solutions, Inc** <br> **7301 N. Lincoln Ave., Suite 220** <br> **Lincolnwood, IL 60712-1733** | | W | Credit card purchases | | | | 954.38 |
| Account No. <br><br> **Credit One Bank** <br> **Attn: Managing Agent** <br> **PO Box 98873** <br> **Las Vegas, NV 89193-8873** | | | Representing: <br> **MSW Capital, LLC** | | | | Notice Only |
| Account No. <br><br> **Praxis Financial Solutions, Inc** <br> **Attn: Managing Agent** <br> **7301 N. Lincoln Ave., Suite 220** <br> **Lincolnwood, IL 60712-1733** | | | Representing: <br> **MSW Capital, LLC** | | | | Notice Only |

Sheet no. __**19**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 **1,201.58**

B6F (Official Form 6F) (12/07) - Cont.

In re **Timothy Wayne Young,**
        **Amanda Ray Young**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **National Recovery** <br> **Attn: Managing Agent** <br> **2491 Paxton Street** <br> **Harrisburg, PA 17111-1036** | | H | | | | | **73.00** |
| Account No. <br><br> **National Recovery** <br> **Attn: Managing Agent** <br> **PO Box 67015** <br> **Harrisburg, PA 17106** | | | **Representing:** <br> **National Recovery** | | | | **Notice Only** |
| Account No. **6406** <br><br> **New Braunfels Emergency Physicians** <br> **Attn: Managing Agent** <br> **PO Box 2283** <br> **Mansfield, TX 76063-0047** | | H | **Medical Services** | | | | **247.00** |
| Account No. **7996** <br><br> **New Braunfels Fire Dept.** <br> **Attn: Managing Agent** <br> **PO Box 940249** <br> **Houston, TX 77094** | | H | | | | | **1,257.00** |
| Account No. <br><br> **North Arizona Credit** <br> **Attn: Managing Agent** <br> **120 South Beaver Street** <br> **Flagstaff, AZ 86001** | | H | | | | | **769.00** |

Sheet no. __20__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**2,346.00**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Timothy Wayne Young,**
        **Amanda Ray Young**                                                    Case No. _____

_____,
                                            Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **1027058088** <br><br> Oak Hollow Apartments <br> Attn: Managing Agent <br> 100 Kempwood Drive <br> Cary, NC 27513 | | J | Terminated lease | | | | 3,500.00 |
| Account No. <br><br> Oak Hollow <br> Attn: Managing Agent <br> PO Box 4957 <br> Oak Brook, IL 60522-4957 | | | Representing: <br> Oak Hollow Apartments | | | | Notice Only |
| Account No. <br><br> Okinus, Inc. <br> Attn: Managing Agent <br> PO Box 691 <br> Pelham, GA 31779 | | J | Terminated contract | | | | 1,339.96 |
| Account No. **Multiple Accounts** <br><br> Optimum Outcome Service <br> Attn: Managing Agent <br> 421 Fayetteville Street, Ste. 600 <br> Raleigh, NC 27601 | | J | Medical Services | | | | Unknown |
| Account No. **5778** <br><br> Optimum Outcomes <br> Attn: Managing Agent <br> 2651 Warrenville Rd., Suite 500 <br> Downers Grove, IL 60515 | | H | Medical Services | | | | 1,201.75 |

Sheet no. __21__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                **6,041.71**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Timothy Wayne Young,**
         **Amanda Ray Young**                                                          Case No. _____

                                                      _____,
                                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Absolute Collection Services**<br>**Attn: Managing Agent**<br>**421 Fayetteville, Suite 600**<br>**Raleigh, NC 27601** | | | | **Representing:**<br>**Optimum Outcomes** | | | | **Notice Only** |
| Account No. **6495**<br><br>**Orchard Bank**<br>**Attn: Managing Agent**<br>**PO Box 5222**<br>**Carol Stream, IL 60197-5222** | | W | | Credit card purchases | | | | **601.80** |
| Account No.<br><br>**Orchard Bank**<br>**Attn: Managing Agent**<br>**PO Box 81622**<br>**Salinas, CA 93912** | | | | **Representing:**<br>**Orchard Bank** | | | | **Notice Only** |
| Account No.<br><br>**Orchard Bank**<br>**Attn: Managing Agent**<br>**PO Box 80084**<br>**Salinas, CA 93912-0084** | | | | **Representing:**<br>**Orchard Bank** | | | | **Notice Only** |
| Account No. **5489-5551-1069-6145**<br><br>**Orchard Bank**<br>**Attn: Managing Agent**<br>**PO Box 5222**<br>**Carol Stream, IL 60197-5222** | | H | | Credit card purchases | | | | **570.49** |

| | | |
|---|---|---|
| Sheet no. __**22**__ of __**38**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page) | **1,172.29** |

B6F (Official Form 6F) (12/07) - Cont.

In re **Timothy Wayne Young,**
   **Amanda Ray Young**
                                                    Case No. _____
                                        ,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.  Orchard Bank Attn: Managing Agent PO Box 81622 Salinas, CA 93912 | | | Representing: Orchard Bank | | | | Notice Only |
| Account No. **3039**  Orchard Bank Attn: Managing Agent PO Box 5222 Carol Stream, IL 60197-5222 | | H | Credit card purchases | | | | 518.13 |
| Account No.  Parkway Urology Attn: Managing Agent 105 SW Cary Parkway Ste 300 Cary, NC 27511-5600 | | W | Medical Services | | | | 135.00 |
| Account No. **1687157769709479802**  Paypal Buyer Credit Attn: Managing Agent PO Box 45950 Omaha, NE 68145 | | H | Credit card purchases | | | | 1,600.00 |
| Account No.  American Coradius International Attn: Managing Agent 2420 Sweet Home Rd., Ste 150 Amherst, NY 14228-2244 | | | Representing: Paypal Buyer Credit | | | | Notice Only |

Sheet no. __23__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    2,253.13

B6F (Official Form 6F) (12/07) - Cont.

In re   **Timothy Wayne Young,**
        **Amanda Ray Young**                                                   Case No. _____

_____,
                              Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Paypal Buyer Credit** Customer Service PO Box 981284 El Paso, TX 79998-1124 | | | | | Representing: **Paypal Buyer Credit** | | | | **Notice Only** |
| Account No. **Pinnacle Financial Group** Attn: Managing Agent 7825 Washington Ave. S, Ste. 310 Minneapolis, MN 55439 | | | | | Representing: **Paypal Buyer Credit** | | | | **Notice Only** |
| Account No. **6722** **Penn Credit Corporation** Attn: Managing Agent PO Box 988 Harrisburg, PA 17108-0988 | | H | | | | | | | **177.58** |
| Account No. **611240** **PFS** Attn: Managing Agent Dept 6078 Carol Stream, IL 60122-6078 | | | J | | | | | | **13,989.79** |
| Account No. **1836** **Pinnacle Financial Group** Attn: Managing Agent 7825 Washington Ave. S, Ste. 310 Minneapolis, MN 55439 | | | W | | | | | | **530.25** |

Sheet no. __24__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | |
|---|---|
| Subtotal (Total of this page) | **14,697.62** |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Timothy Wayne Young,**
      **Amanda Ray Young**

Case No. _____

_____,
Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Pinnacle Financial Group**<br>**Dept 673**<br>**PO Box 4115**<br>**Concord, CA 94524** | | | | **Representing:**<br>**Pinnacle Financial Group** | | | | **Notice Only** |
| Account No. <br><br>**Point Credit Service**<br>**Attn: Managing Agent**<br>**2769 Cedar Drive**<br>**Plover, WI 54467** | | J | | | | | | **Unknown** |
| Account No. <br><br>**Point Credit Service**<br>**Attn: Managing Agent**<br>**2538 Post Road**<br>**Plover, WI 54467** | | | | **Representing:**<br>**Point Credit Service** | | | | **Notice Only** |
| Account No. **M906**<br><br>**Preferred People Staffing**<br>**Attn: Managing Agent**<br>**3040 Gulf to Bay Blvd.**<br>**Clearwater, FL 33759** | | H | | | | | | **96.00** |
| Account No. **6746**<br><br>**Professional Recovery Inc.**<br>**Attn: Managing Agent**<br>**7319 West Jefferson Blvd.**<br>**Fort Wayne, IN 46804-6237** | | W | | | | | | **233.45** |

Sheet no. __25__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**329.45**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Timothy Wayne Young,**
          **Amanda Ray Young**
                                                                                            Case No. _____
                                                        _____,
                                                                            Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Professional Recovery Consultants**<br>**Attn: Managing Agent**<br>**2700 Meridian Pkwy, Suite 200**<br>**Durham, NC 27713-2204** | | | Representing:<br>**Professional Recovery Inc.** | | | | **Notice Only** |
| Account No.<br><br>**Progress Energy Carolinas, Inc.**<br>**Attn: Legal Department**<br>**PO Box 1551**<br>**Raleigh, NC 27602-1551** | | H | Utility | | | | **84.00** |
| Account No.  **01137597**<br><br>**Progress Energy Carolinas, Inc.**<br>**Attn: Managing Agent**<br>**PO Box 1771**<br>**Raleigh, NC 27602-1771** | | H | Utility | | | | **84.87** |
| Account No.<br><br>**On Line Collections**<br>**Attn: Managing Agent**<br>**685 W Fire Tower Road**<br>**Winterville, NC 28590** | | | Representing:<br>**Progress Energy Carolinas, Inc.** | | | | **Notice Only** |
| Account No.  **5-2100-9370-5109**<br><br>**PSNC Energy**<br>**113 W. 3rd Avenue**<br>**PO Box 248**<br>**Gastonia, NC 28053-0243** | | H | Utility | | | | **34.27** |

Sheet no. __26__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**203.14**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Timothy Wayne Young,**
**Amanda Ray Young**

Case No. _____

Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Radiology Associates of NB**<br>**Attn: Managing Agent**<br>**777 N. Loop 337**<br>**New Braunfels, TX 78130** | | J | Medical Services | | | | 50.00 |
| Account No. **1365250**<br><br>**Raleigh Medical Group, PA**<br>**Attn: Managing Agent**<br>**3521 Haworth Drive**<br>**Raleigh, NC 27609** | | H | Medical Services | | | | 1,080.00 |
| Account No.<br><br>**Raleigh Neurology Assoc. PA**<br>**Attn: Managing Agent**<br>**1540 Sunday Drive**<br>**Raleigh, NC 27607-6000** | | J | Medical Services | | | | 655.00 |
| Account No. **0729**<br><br>**Raleigh Neurology Associates**<br>**Attn: Managing Agent**<br>**PO Box 12408**<br>**Roanoke, VA 24025-2408** | | J | Medical Services | | | | 30.60 |
| Account No. **1180**<br><br>**Raleigh Neurology Associates**<br>**Attn: Managing Agent**<br>**PO Box 190626**<br>**Nashville, TN 37219** | | H | Medical Services | | | | 205.00 |

Sheet no. __27__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,020.60

B6F (Official Form 6F) (12/07) - Cont.

In re  **Timothy Wayne Young,**
       **Amanda Ray Young**

Case No. _____

_____,
Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **0281** <br><br>**Raleigh Neurology Associates** <br>**Attn: Managing Agent** <br>**PO Box 12408** <br>**Roanoke, VA 24025-2408** | | H | | Medical Services | | | | 252.90 |
| Account No. **WR083728774** <br><br>**Raleigh Pathology Lab Assoc. PA** <br>**Attn: Managing Agent** <br>**PO Box 6241** <br>**Christiansburg, VA 24068-6241** | | W | | Medical Services | | | | 60.00 |
| Account No. **9-CHH** <br><br>**RCS Collection Agency** <br>**Attn: Managing Agent** <br>**PO Box 7229** <br>**Westchester, IL 60154-7229** | | W | | Medical Services | | | | 495.75 |
| Account No. **8558398** <br><br>**Receivable Performance Mgmt.** <br>**Attn: Managing Agent** <br>**20816 44th Ave. W** <br>**Lynnwood, WA 98036** | | J | | | | | | 634.88 |
| Account No. **0720800729** <br><br>**Rex Healthcare** <br>**Attn: Managing Agent** <br>**PO Box 71058** <br>**Charlotte, NC 28272-1058** | | H | | Medical Services | | | | 1,243.94 |

Sheet no. __28__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

2,687.47

B6F (Official Form 6F) (12/07) - Cont.

In re    **Timothy Wayne Young,**
         **Amanda Ray Young**                                         Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Rex Healthcare**<br>**Attn: Patient Accounting**<br>**4420 Blue Ridge Road**<br>**Raleigh, NC 27607** | | | Representing:<br>Rex Healthcare | | | | **Notice Only** |
| Account No. **0576**<br><br>**Rex Healthcare**<br>**Attn: Managing Agent**<br>**PO Box 1511**<br>**Charlotte, NC 28272-1058** | | J | Medical Services | | | | **174.00** |
| Account No.<br><br>**Rex Healthcare**<br>**Attn: Patient Accounting**<br>**4420 Blue Ridge Road**<br>**Raleigh, NC 27607** | | | Representing:<br>Rex Healthcare | | | | **Notice Only** |
| Account No. **12245-00349**<br><br>**Rex Healthcare**<br>**Attn: Patient Financial Services**<br>**4420 Lake Boone Trail**<br>**Raleigh, NC 27607** | | H | Medical Services | | | | **42.00** |
| Account No. **12209-00789**<br><br>**Rex Healthcare**<br>**Attn: Patient Financial Services**<br>**4420 Lake Boone Trail**<br>**Raleigh, NC 27607** | | H | Medical Services | | | | **293.00** |

Sheet no. __**29**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **509.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Timothy Wayne Young,**
         **Amanda Ray Young**                                                          Case No. _____

_____,
                                        Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **1216600289** | | | | Medical Services | | | | |
| **Rex Hospital** **Attn: Managing Agent** **PO Box 71058** **Charlotte, NC 28272-1058** | | H | | | | | | 4,054.75 |
| Account No. **A29544023** | | | | Representing: Rex Hospital | | | | |
| **Optimum Outcome Service** **Attn: Managing Agent** **421 Fayetteville Street, Ste. 600** **Raleigh, NC 27601** | | | | | | | | Notice Only |
| Account No. | | | | Representing: Rex Hospital | | | | |
| **Rex Healthcare** **Attn: Patient Financial Services** **4420 Lake Boone Trail** **Raleigh, NC 27607** | | | | | | | | Notice Only |
| Account No. **5358** | | | | Medical Services | | | | |
| **Rex Urgent Care of Cary** **Attn: Managing Agent** **2500 Blue Ridge Road, 219** **Raleigh, NC 27607** | | J | | | | | | 463.67 |
| Account No. **7957** | | | | Medical Services | | | | |
| **Rex Urgent Care of Cary** **Attn: Managing Agent** **2500 Blue Ridge Road, 219** **Raleigh, NC 27607** | | W | | | | | | 43.02 |

Sheet no. __**30**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **4,561.44**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Timothy Wayne Young,**
         **Amanda Ray Young**                                                      Case No. _____

_____,
                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **5262** <br><br>Rhyne Management Assoc. Inc. <br>Attn: Managing Agent <br>5623-101 Duraleigh Rd. <br>Raleigh, NC 27612-2700 | | J | | | | | 1,405.00 |
| Account No. <br><br>RJM <br>Attn: Managing Agent <br>575 Underhill Blvd., Suite 224 <br>Syosset, NY 11791-3416 | | H | | | | | 115.00 |
| Account No. **1769** <br><br>RTB Enterprises, Inc. <br>Attn: Managing Agent <br>13111 Westheimer, Suite 400 <br>Houston, TX 77077 | | W | | | | | 199.94 |
| Account No. **Multiple Accounts** <br><br>Sallie Mae <br>Attn: Managing Agent <br>PO Box 3800 <br>Wilkes Barre, PA 18773-3800 | | H | Student Loan | | | | 5,151.00 |
| Account No. <br><br>Sallie Mae, Inc. <br>Attn: Correspondence <br>PO Box 9500 <br>Wilkes Barre, PA 18773-9500 | | | Representing: <br>Sallie Mae | | | | Notice Only |

| | |
|---|---|
| Sheet no. __31__ of __38__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal <br>(Total of this page) |
| | 6,870.94 |

B6F (Official Form 6F) (12/07) - Cont.

In re   **Timothy Wayne Young,**
     **Amanda Ray Young**                                                                 Case No. _____

_____,
                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Mulitple Accounts**<br><br>**Sallie Mae**<br>**Attn: Managing Agent**<br>**PO Box 3800**<br>**Wilkes Barre, PA 18773-3800** | | W | Student Loan | | | | **4,123.00** |
| Account No.<br><br>**Sasser Law Firm**<br>**Attn: Officer**<br>**2000 Regency Parkway, Suite 230**<br>**Cary, NC 27518** | | J | Unpaid Attorney Fees | | | | **Unknown** |
| Account No. **9784**<br><br>**Schmidt & Catchings Family Practice**<br>**Attn: Managing Agent**<br>**600 New Waverly Place, Suite 205**<br>**Cary, NC 27518-7404** | | H | Medical Services | | | | **122.21** |
| Account No.<br><br>**Serenity Child Care Center**<br>**Attn: Managing Agent**<br>**613 William Vickers Ave.**<br>**Durham, NC 27701** | | J | Terminated contract | | | | **Unknown** |
| Account No. **3570**<br><br>**Seventh Avenue**<br>**Attn: Managing Agent**<br>**1112 7th Avenue**<br>**Monroe, WI 53566-1364** | | H | Credit card purchases | | | | **315.00** |

Sheet no. __**32**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                  Subtotal
       (Total of this page)       **4,560.21**

2/12/13  2:45PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Timothy Wayne Young,**
         **Amanda Ray Young**                                               Case No. _____

_____,
                                              Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **2570**<br><br>**Seventh Avenue**<br>**Attn: Managing Agent**<br>**1112 7th Avenue**<br>**Monroe, WI 53566-1364** | | W | Credit card purchases | | | | 106.85 |
| Account No. **8570**<br><br>**Seventh Avenue**<br>**Attn: Managing Agent**<br>**1112 7th Avenue**<br>**Monroe, WI 53566-1364** | | J | Credit card purchases | | | | 292.07 |
| Account No. **6829**<br><br>**Suncom Wireless**<br>**Attn: Managing Agent**<br>**PO Box 2667**<br>**Houston, TX 77252-2667** | | J | Telephone service | | | | 302.29 |
| Account No. **796449766**<br><br>**T-Mobile**<br>**Attn: Customer Relations**<br>**PO Box 37380**<br>**Albuquerque, NM 87176-7380** | | H | Telephone service | | | | 1,244.94 |
| Account No. **8530**<br><br>**Through the Country Door**<br>**Attn: Managing Agent**<br>**1112 7th Avenue**<br>**Monroe, WI 53566** | | H | Credit card purchases | | | | 165.00 |

Sheet no. __**33**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                           2,111.15

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com

Best Case Bankruptcy

2/12/13  2:45PM

B6F (Official Form 6F) (12/07) - Cont.

In re    **Timothy Wayne Young,**
         **Amanda Ray Young**                                            Case No. _____
                                                    _____,
                                                    Debtors

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **6001** <br><br> **Time Warner Cable** <br> **Attn: Managing Agent** <br> **101 Innovation Ave., Ste 100** <br> **Morrisville, NC 27560** | | H | Utility | | | | 492.48 |
| Account No. **8306** <br><br> **Time Warner Cable** <br> **Attn: Managing Agent** <br> **101 Innovation Ave., Ste 100** <br> **Morrisville, NC 27560** | | H | Utility | | | | 281.54 |
| Account No. **202-337203710-001** <br><br> **Time Warner Cable** <br> **Attn: Customer Service** <br> **1307 NW Maynard Road** <br> **Cary, NC 27511** | | W | Utility | | | | 138.97 |
| Account No. **202-305727309-001** <br><br> **Time Warner Cable** <br> **Attn: Customer Service** <br> **1307 NW Maynard Road** <br> **Cary, NC 27511** | | H | Telephone service | | | | 92.19 |
| Account No. **049996708 9** <br><br> **Credit Management, LP** <br> **Attn: Managing Agent** <br> **4200 International Parkway** <br> **Carrollton, TX 75007-1912** | | | Representing: <br> **Time Warner Cable** | | | | **Notice Only** |

Sheet no. **34** of **38** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**1,005.18**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Timothy Wayne Young,**
        **Amanda Ray Young**                                                                    Case No. _____

                                                   ,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **202-337203710-001** <br><br> **Time Warner Cable** <br> **Attn: Customer Service** <br> **1307 NW Maynard Road** <br> **Cary, NC 27511** | | W | | Telephone service | | | | 138.97 |
| Account No. <br><br> **United Collection Bureau, Inc.** <br> **Attn: Managing Agent** <br> **5620 Southwyck Blvd. Suite 206** <br> **Toledo, OH 43614** | | H | | | | | | 160.00 |
| Account No. **01374-4983-6** <br><br> **USAA Federal Savings Bank** <br> **10750 McDermott Freeway** <br> **Attn: Consumer Loan Servicing** <br> **San Antonio, TX 78288-0544** | | J | | Overdraft bank fees | | | | 2,000.00 |
| Account No. <br><br> **Verizon Wireless** <br> **Attn: Managing Agent** <br> **PO Box 3397** <br> **Bloomington, IL 61702** | | J | | Telephone service | | | | Unknown |
| Account No. **9065** <br><br> **Wake County EMS** <br> **Attn: Managing Agent** <br> **PO Box 863** <br> **Lewisville, NC 27023-0863** | | J | | Medical Services | | | | 685.00 |

Sheet no. __35__ of __38__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

               Subtotal
       (Total of this page)         **2,983.97**

B6F (Official Form 6F) (12/07) - Cont.

In re **Timothy Wayne Young,**
       **Amanda Ray Young**                                       Case No. _____

_____,
                                    Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. **6655** <br><br> **Wake Emergency Physicians, PA** <br> **Attn: Managing Agent** <br> **PO Box 2249** <br> **Pawleys Island, SC 29585-2249** | | W | | Medical Services | | | | 284.00 |
| Account No. **XWA00083473264** <br><br> **Wake Emergency Physicians, PA** <br> **Attn: Managing Agent** <br> **PO Box 2249** <br> **Pawleys Island, SC 29585-2249** | | W | | Medical Services | | | | 284.00 |
| Account No. **XWA00076380765** <br><br> **Wake Emergency Physicians, PA** <br> **Attn: Managing Agent** <br> **PO Box 2249** <br> **Pawleys Island, SC 29585-2249** | | H | | Medical Services | | | | 738.00 |
| Account No. <br><br> **Wake Medical Center** <br> **Attn: Managing Agent** <br> **PO Box 29516** <br> **Raleigh, NC 27626** | | J | | Medical Services | | | | Unknown |
| Account No. **6909** <br><br> **Wake Radiology Consultants PA** <br> **Attn: Managing Agent** <br> **PO Box 19368** <br> **Raleigh, NC 27619-9368** | | H | | Medical Services | | | | 642.00 |

Sheet no. __**36**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **1,948.00**

Software Copyright (c) 1996-2013 - CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Timothy Wayne Young,**
        **Amanda Ray Young**                                 Case No. _____

                                         Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **83473264**  <br><br>**WakeMed**  <br>**Attn: Bankruptcy Dept.**  <br>**PO Box 29516**  <br>**Raleigh, NC 27626** | | W | | Medical Services | | | | 567.00 |
| Account No. **83728774**  <br><br>**WakeMed**  <br>**Attn: Bankruptcy Dept.**  <br>**PO Box 29516**  <br>**Raleigh, NC 27626** | | W | | Medical Services | | | | 1,654.00 |
| Account No. **76380765**  <br><br>**WakeMed**  <br>**Attn: Bankruptcy Dept.**  <br>**PO Box 29516**  <br>**Raleigh, NC 27626** | | H | | Medical Services | | | | 3,230.90 |
| Account No. **XWA00083473264**  <br><br>**WakeMed Apex Healthplex**  <br>**Attn: Managing Agent**  <br>**120 Healthplex Way**  <br>**Apex, NC 27502-8958** | | W | | Medical Services | | | | 284.00 |
| Account No.  <br><br>**Wake Emergency Physicians, P.A.**  <br>**Attn: Managing Agent**  <br>**PO Box 890053**  <br>**Charlotte, NC 28289-0053** | | | | Representing:  <br>**WakeMed Apex Healthplex** | | | | **Notice Only** |

Sheet no. __**37**__ of __**38**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                         Subtotal
                                    (Total of this page)       **5,735.90**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Timothy Wayne Young,**
      **Amanda Ray Young**                Case No. _____

                                                 Debtors

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **XWA00076380765** | | | Medical Services | | | | |
| **WakeMed Cary Hospital** **Attn: Managing Agent** **1900 Kildaire Farm Rd.** **Cary, NC 27518-6616** | | H | | | | | **738.00** |
| Account No. | | | | | | | |
| **Wake Emergency Physicians, P.A.** **Attn: Managing Agent** **PO Box 890053** **Charlotte, NC 28289-0053** | | | Representing: WakeMed Cary Hospital | | | | **Notice Only** |
| Account No. | | | | | | | |
| **White Tiger TKD** **Attn: Managing Agent** **1605 NW Maynard Road** **Cary, NC 27513** | | H | | | | | **Unknown** |
| Account No. | | | | | | | |
| | | | | | | | |
| Account No. | | | | | | | |
| | | | | | | | |

Sheet no. **38** of **38** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | **738.00** |
|---|---|---|
|  | Total (Report on Summary of Schedules) | **179,259.93** |

B6G (Official Form 6G) (12/07)

.

In re     **Timothy Wayne Young,**
             **Amanda Ray Young**                                              Case No. _____

                                                   Debtors

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Public Storage** | **Apartment lease; month to month contract, Debtor's would like to assume lease.** |
| **Sprint** | **Cell phone contract; expires 6/1/13, Debtor's would like to assume contract.** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

.

In re    **Timothy Wayne Young,**                                          Case No. _____

              **Amanda Ray Young**

_____,

Debtors

# SCHEDULE H - CODEBTORS

    Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
| --- | --- |

**0**

_____ continuation sheets attached to Schedule of Codebtors

B6I (Official Form 6I) (12/07)

In re  **Timothy Wayne Young**
**Amanda Ray Young**
_____
Debtor(s)

Case No.  _____

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Married** | RELATIONSHIP(S):<br>**Son**<br>**Son**<br>**Daughter** | AGE(S):<br>11<br>14<br>2 |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Retail Manager** | **Retail Manager** |
| Name of Employer | **Public Storage** | **Public Storage** |
| How long employed | **2 years** | **12/2012 to present** |
| Address of Employer | | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | | SPOUSE |
|---|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | 2,469.22 | $ | 1,637.76 |
| 2. Estimate monthly overtime | $ | 0.00 | $ | 0.00 |
| 3. SUBTOTAL | $ | 2,469.22 | $ | 1,637.76 |
| 4. LESS PAYROLL DEDUCTIONS | | | | |
|    a. Payroll taxes and social security | $ | 225.56 | $ | 135.86 |
|    b. Insurance | $ | 118.52 | $ | 0.00 |
|    c. Union dues | $ | 0.00 | $ | 0.00 |
|    d. Other (Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | 344.08 | $ | 135.86 |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | 2,125.14 | $ | 1,501.90 |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ | 0.00 | $ | 0.00 |
| 8. Income from real property | $ | 0.00 | $ | 0.00 |
| 9. Interest and dividends | $ | 0.00 | $ | 0.00 |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ | 0.00 | $ | 0.00 |
| 11. Social security or government assistance<br>(Specify): **Social Security for Son** | $ | 0.00 | $ | 710.00 |
| | $ | 0.00 | $ | 0.00 |
| 12. Pension or retirement income | $ | 0.00 | $ | 0.00 |
| 13. Other monthly income<br>(Specify): | $ | 0.00 | $ | 0.00 |
| | $ | 0.00 | $ | 0.00 |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | 0.00 | $ | 710.00 |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | 2,125.14 | $ | 2,211.90 |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | | $ | 4,337.04 | |

(Report also on Summary of Schedules and, if applicable, on
Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
   **None.**

B6J (Official Form 6J) (12/07)

In re  **Timothy Wayne Young**
**Amanda Ray Young**                                                    Case No. _____

_____
Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed.  Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate.  The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐  Check this box if a joint petition is filed and debtor's spouse maintains a separate household.  Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 1,000.00 |
| a. Are real estate taxes included?          Yes ___     No **X** | | |
| b. Is property insurance included?          Yes ___     No **X** | | |
| 2. Utilities:      a. Electricity and heating fuel | $ | 0.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 0.00 |
| d. Other  **See Detailed Expense Attachment** | $ | 297.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 0.00 |
| 4. Food | $ | 1,000.00 |
| 5. Clothing | $ | 300.00 |
| 6. Laundry and dry cleaning | $ | 65.00 |
| 7. Medical and dental expenses | $ | 100.00 |
| 8. Transportation (not including car payments) | $ | 400.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 250.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 14.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 0.00 |
| d. Auto | $ | 110.00 |
| e. Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 0.00 |
| b. Other | $ | 0.00 |
| c. Other | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other   **See Detailed Expense Attachment** | $ | 775.00 |

| | | |
|---|---|---:|
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ | 4,311.00 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:
**None.**

20. STATEMENT OF MONTHLY NET INCOME

| | | |
|---|---|---:|
| a.   Average monthly income from Line 15 of Schedule I | $ | 4,337.04 |
| b.   Average monthly expenses from Line 18 above | $ | 4,311.00 |
| c.   Monthly net income (a. minus b.) | $ | 26.04 |

**B6J (Official Form 6J) (12/07)**

In re    **Timothy Wayne Young**
       **Amanda Ray Young**                  Case No. _____
                     Debtor(s)

## SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S)
### Detailed Expense Attachment

**Other Utility Expenditures:**

| | | |
|---|---|---|
| **Cell Phone** | $ | **180.00** |
| **Dish Network** | $ | **50.00** |
| **Telephone/Internet** | $ | **67.00** |
| **Total Other Utility Expenditures** | $ | **297.00** |

**Other Expenditures:**

| | | |
|---|---|---|
| **Daycare** | $ | **360.00** |
| **Baby expenses (i.e. diapers, wipes, etc)** | $ | **100.00** |
| **School expenses** | $ | **75.00** |
| **Hair care/personal care** | $ | **40.00** |
| **Sinking Fund for vehicle** | $ | **100.00** |
| **Pet care** | $ | **100.00** |
| **Total Other Expenditures** | $ | **775.00** |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re    **Timothy Wayne Young**
        **Amanda Ray Young**

                                    Debtor(s)

Case No. _____

Chapter    **7**

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

       I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of    **57**    sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   **February 7, 2013**            Signature    **/s/ Timothy Wayne Young**
                                                     **Timothy Wayne Young**
                                                     Debtor

Date   **February 7, 2013**            Signature    **/s/ Amanda Ray Young**
                                                       **Amanda Ray Young**
                                                     Joint Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/12)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re **Timothy Wayne Young**
**Amanda Ray Young**

Debtor(s)

Case No.

Chapter    **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $1,976.82 | 2013 - Husband; Public Storage |
| $1,487.36 | 2013 - Wife; Public Storage |
| $22,261.62 | 2012 - Husband; Public Storage and RA Jeffreys Distributing Company, LLC |
| $10,742.89 | 2012 - Wife; Sampson Bladen Oil Co., Inc. |
| $10,191.50 | 2011 - Husband; Public Storage |
| $5,647.50 | 2011 - Wife; Sampson Bladen Oil Co., Inc. |

B 7 (12/12)                                                                                                                      2

**2. Income other than from employment or operation of business**

None  ☐    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business
during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for
each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint
petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| **$1,420.00** | **2013 - Social Security for Son** |
| **$8,376.00** | **2012 - Social Security for Son** |
| **$7,848.00** | **2011 - Social Security for Son** |

**3. Payments to creditors**

None  ■    *Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or
services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the
aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any
payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under
a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must
include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is
not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

None  ■    b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days**
immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such
transfer is less than $5,850[*].  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on
account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit
budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other
transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

None  ■    c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of
creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both
spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**4.  Suits and administrative proceedings, executions, garnishments and attachments**

None  ■    a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of
this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses
whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|

None  ■    b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately
preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning
property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not
filed.)

[*] *Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B 7 (12/12)                                                                                                                    3

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None
■  List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**6. Assignments and receiverships**

None
■  a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None
■  b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

**7. Gifts**

None
■  List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

**8. Losses**

None
■  List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

B 7 (12/12)                                                                                                          4

---

### 9.  Payments related to debt counseling or bankruptcy

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Sasser Law Firm**<br>**Attn: Officer**<br>**2000 Regency Parkway, Suite 230**<br>**Cary, NC 27518** | **Payments made through Chapter 13 case.** | **$480** |
| **Hummingbird Credit Counseling and Ed.**<br>**3737 Glenwood Ave., Ste. 100-106**<br>**Raleigh, NC 27612** | **Balance paid immediately prior to filing.** | **$34** |

---

### 10.  Other transfers

None
■

a.  List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None
■

b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

---

### 11.  Closed financial accounts

None
☐

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **USAA Bank** | **Checking and Savings Account** | **8/2012; account overdrawn** |

---

### 12.  Safe deposit boxes

None
■

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

---

B 7 (12/12)                                                                                                                      5

**13. Setoffs**

None
■
List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

**14. Property held for another person**

None
■
List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

**15. Prior address of debtor**

None
☐
If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|
| 133 Danesway Drive,<br>Holly Springs, NC 27540 | Same | 11/12 to 1/13 |
| 102-D Chamness Drive,<br>Cary, NC 27513 | Same | 4/12 to 11/12 |
| 1312 Reunion Park Drive,<br>Apex, NC 27539 | Same | 12/10 to 4/12 |

**16. Spouses and Former Spouses**

None
■
If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■
a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF<br>GOVERNMENTAL UNIT | DATE OF<br>NOTICE | ENVIRONMENTAL<br>LAW |
|---|---|---|---|

None
■
b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

B 7 (12/12)                                                                                                       6

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None
■   c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None
☐   a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|
| **Timothy Wayne Young** | | | **Independent contractor driving trucks** | **10/07 to 9/10** |

None
■   b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None
■   a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|

None
■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

B 7 (12/12)                                                                                                    7

None ■   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

NAME                                                    ADDRESS

None ■   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

NAME AND ADDRESS                                        DATE ISSUED

---

### 20. Inventories

None ■   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

|                    |                      | DOLLAR AMOUNT OF INVENTORY |
| DATE OF INVENTORY  | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |

None ■   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

|                    | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
| DATE OF INVENTORY  | RECORDS |

---

### 21 . Current Partners, Officers, Directors and Shareholders

None ■   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS              NATURE OF INTEREST            PERCENTAGE OF INTEREST

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

|                    |        | NATURE AND PERCENTAGE |
| NAME AND ADDRESS   | TITLE  | OF STOCK OWNERSHIP |

---

### 22 . Former partners, officers, directors and shareholders

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME                         ADDRESS                       DATE OF WITHDRAWAL

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS             TITLE                         DATE OF TERMINATION

---

### 23 . Withdrawals from a partnership or distributions by a corporation

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS          | DATE AND PURPOSE | AMOUNT OF MONEY |
| OF RECIPIENT,           | OF WITHDRAWAL    | OR DESCRIPTION AND |
| RELATIONSHIP TO DEBTOR  |                  | VALUE OF PROPERTY |

B 7 (12/12)                                                                                                                    8

---

**24. Tax Consolidation Group.**

None
■

If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION                                               TAXPAYER IDENTIFICATION NUMBER (EIN)

---

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                                     TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

B 7 (12/12)                                                                                              9

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct.

Date   **February 7, 2013**                       Signature   **/s/ Timothy Wayne Young**

                                                                **Timothy Wayne Young**
                                                                Debtor


Date   **February 7, 2013**                       Signature   **/s/ Amanda Ray Young**

                                                                **Amanda Ray Young**
                                                                Joint Debtor


*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B8 (Form 8) (12/08)

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Timothy Wayne Young**
      **Amanda Ray Young**

                              Debtor(s)

Case No. _____

Chapter   **7**

## CHAPTER 7 INDIVIDUAL DEBTOR'S STATEMENT OF INTENTION

**PART A -** Debts secured by property of the estate. (Part A must be fully completed for **EACH** debt which is secured by property of the estate.  Attach additional pages if necessary.)

| Property No. 1 | |
|---|---|
| **Creditor's Name:**<br>**Santander** | **Describe Property Securing Debt:**<br>**2007 Ford Taurus 4D Sedan SEL (89,171 miles)** |

Property will be (check one):
   ■ Surrendered                          □ Retained

If retaining the property, I intend to (check at least one):
   □ Redeem the property
   □ Reaffirm the debt
   □ Other.  Explain _____ (for example, avoid lien using 11 U.S.C. § 522(f)).

Property is (check one):
   □ Claimed as Exempt                      ■ Not claimed as exempt

**PART B -** Personal property subject to unexpired leases. (All three columns of Part B must be completed for each unexpired lease. Attach additional pages if necessary.)

| Property No. 1 | | |
|---|---|---|
| **Lessor's Name:**<br>**-NONE-** | **Describe Leased Property:** | Lease will be Assumed pursuant to 11 U.S.C. § 365(p)(2):<br>□ YES         □ NO |

B8 (Form 8) (12/08)

Page 2

**I declare under penalty of perjury that the above indicates my intention as to any property of my estate securing a debt and/or personal property subject to an unexpired lease.**

Date   **February 7, 2013**          Signature   **/s/ Timothy Wayne Young**

                                                             **Timothy Wayne Young**
                                                             Debtor

Date   **February 7, 2013**          Signature   **/s/ Amanda Ray Young**

                                                             **Amanda Ray Young**
                                                             Joint Debtor

# United States Bankruptcy Court
## Eastern District of North Carolina

In re   **Timothy Wayne Young**
**Amanda Ray Young**

                            Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.   Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | 1,500.00 |
| Prior to the filing of this statement I have received | $ | 0.00 |
| Balance Due | $ | 1,500.00 |

2.   The source of the compensation paid to me was:

    ■ Debtor     ☐ Other (specify):

3.   The source of compensation to be paid to me is:

    ☐ Debtor     ■ Other (specify):    **Hyatt Legal plan to pay up to $1,500**

4.   ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.   In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d. [Other provisions as needed]

6.   By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Representation of the Debtor(s) in any action or proceeding objecting to the Debtor(s) discharge, objecting to the discharge of a particular debt of the Debtor(s), to revoke the Debtor(s) discharge, or to discharge student loans, tax advise, or credit repair.**

---

### CERTIFICATION

    I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:   **February 7, 2013**

                            **/s/ William G. Berggren**
                            **William G. Berggren**
                            **Adams, Portnoy & Berggren, PLLC**
                            **P.O. Box 18306**
                            **Raleigh, NC 27619**
                            **(919) 875-8773   Fax: (919) 875-0882**
                            **wberggren@aol.com**

B 201A (Form 201A) (11/12)

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF NORTH CAROLINA

## NOTICE TO CONSUMER DEBTOR(S) UNDER § 342(b)
## OF THE BANKRUPTCY CODE

In accordance with § 342(b) of the Bankruptcy Code, this notice to individuals with primarily consumer debts: (1) Describes briefly the services available from credit counseling services; (2) Describes briefly the purposes, benefits and costs of the four types of bankruptcy proceedings you may commence; and (3) Informs you about bankruptcy crimes and notifies you that the Attorney General may examine all information you supply in connection with a bankruptcy case.

You are cautioned that bankruptcy law is complicated and not easily described. Thus, you may wish to seek the advice of an attorney to learn of your rights and responsibilities should you decide to file a petition. Court employees cannot give you legal advice.

Notices from the bankruptcy court are sent to the mailing address you list on your bankruptcy petition.  In order to ensure that you receive information about events concerning your case, Bankruptcy Rule 4002 requires that you notify the court of any changes in your address.  If you are filing a **joint case** (a single bankruptcy case for two individuals married to each other), and each spouse lists the same mailing address on the bankruptcy petition, you and your spouse will generally receive a single copy of each notice mailed from the bankruptcy court in a jointly-addressed envelope, unless you file a statement with the court requesting that each spouse receive a separate copy of all notices.

## 1. Services Available from Credit Counseling Agencies

**With limited exceptions, § 109(h) of the Bankruptcy Code requires that all individual debtors who file for bankruptcy relief on or after October 17, 2005, receive a briefing that outlines the available opportunities for credit counseling and provides assistance in performing a budget analysis.** The briefing must be given within 180 days **before** the bankruptcy filing. The briefing may be provided individually or in a group (including briefings conducted by telephone or on the Internet) and must be provided by a nonprofit budget and credit counseling agency approved by the United States trustee or bankruptcy administrator. The clerk of the bankruptcy court has a list that you may consult of the approved budget and credit counseling agencies.  Each debtor in a joint case must complete the briefing.

**In addition, after filing a bankruptcy case, an individual debtor generally must complete a financial management instructional course before he or she can receive a discharge.** The clerk also has a list of approved financial management instructional courses.  Each debtor in a joint case must complete the course.

## 2. The Four Chapters of the Bankruptcy Code Available to Individual Consumer Debtors

### Chapter 7: Liquidation ($245 filing fee, $46 administrative fee, $15 trustee surcharge: Total Fee $306)

Chapter 7 is designed for debtors in financial difficulty who do not have the ability to pay their existing debts. Debtors whose debts are primarily consumer debts are subject to a "means test" designed to determine whether the case should be permitted to proceed under chapter 7. If your income is greater than the median income for your state of residence and family size, in some cases, the United States trustee (or bankruptcy administrator), the trustee, or creditors have the right to file a motion requesting that the court dismiss your case under § 707(b) of the Code. It is up to the court to decide whether the case should be dismissed.

Under chapter 7, you may claim certain of your property as exempt under governing law. A trustee may have the right to take possession of and sell the remaining property that is not exempt and use the sale proceeds to pay your creditors.

The purpose of filing a chapter 7 case is to obtain a discharge of your existing debts. If, however, you are found to have committed certain kinds of improper conduct described in the Bankruptcy Code, the court may deny your discharge and, if it does, the purpose for which you filed the bankruptcy petition will be defeated.

Even if you receive a general discharge, some particular debts are not discharged under the law. Therefore, you may still be responsible for most taxes and student loans; debts incurred to pay nondischargeable taxes; domestic support and property settlement obligations; most fines, penalties, forfeitures, and criminal restitution obligations; certain debts which are not properly listed in your bankruptcy papers; and debts for death or personal injury caused by operating a motor vehicle, vessel, or aircraft while intoxicated from alcohol or drugs. Also, if a creditor can prove that a debt arose from fraud, breach of fiduciary duty, or theft, or from a willful and malicious injury, the bankruptcy court may determine that the debt is not discharged.

### Chapter 13: Repayment of All or Part of the Debts of an Individual with Regular Income ($235 filing fee, $46 administrative fee: Total fee $281)

Chapter 13 is designed for individuals with regular income who would like to pay all or part of their debts in installments over

Form B 201A, Notice to Consumer Debtor(s)                                                                                          Page 2

a period of time. You are only eligible for chapter 13 if your debts do not exceed certain dollar amounts set forth in the Bankruptcy Code.

Under chapter 13, you must file with the court a plan to repay your creditors all or part of the money that you owe them, using your future earnings. The period allowed by the court to repay your debts may be three years or five years, depending upon your income and other factors. The court must approve your plan before it can take effect.

After completing the payments under your plan, your debts are generally discharged except for domestic support obligations; most student loans; certain taxes; most criminal fines and restitution obligations; certain debts which are not properly listed in your bankruptcy papers; certain debts for acts that caused death or personal injury; and certain long term secured obligations.

### Chapter 11: Reorganization ($1,167 filing fee, $46 administrative fee: Total fee $1,213)

Chapter 11 is designed for the reorganization of a business but is also available to consumer debtors. Its provisions are quite complicated, and any decision by an individual to file a chapter 11 petition should be reviewed with an attorney.

### Chapter 12: Family Farmer or Fisherman ($200 filing fee, $46 administrative fee: Total fee $246)

Chapter 12 is designed to permit family farmers and fishermen to repay their debts over a period of time from future earnings and is similar to chapter 13.  The eligibility requirements are restrictive, limiting its use to those whose income arises primarily from a family-owned farm or commercial fishing operation.

## 3. Bankruptcy Crimes and Availability of Bankruptcy Papers to Law Enforcement Officials

A person who knowingly and fraudulently conceals assets or makes a false oath or statement under penalty of perjury, either orally or in writing, in connection with a bankruptcy case is subject to a fine, imprisonment, or both. All information supplied by a debtor in connection with a bankruptcy case is subject to examination by the Attorney General acting through the Office of the United States Trustee, the Office of the United States Attorney, and other components and employees of the Department of Justice.

**WARNING:** Section 521(a)(1) of the Bankruptcy Code requires that you promptly file detailed information regarding your creditors, assets, liabilities, income, expenses and general financial condition. Your bankruptcy case may be dismissed if this information is not filed with the court within the time deadlines set by the Bankruptcy Code, the Bankruptcy Rules, and the local rules of the court.  The documents and the deadlines for filing them are listed on Form B200, which is posted at http://www.uscourts.gov/bkforms/bankruptcy_forms.html#procedure.

B 201B (Form 201B) (12/09)

# United States Bankruptcy Court
### Eastern District of North Carolina

In re   **Timothy Wayne Young**
**Amanda Ray Young**

Debtor(s)

Case No.

Chapter   **7**

## CERTIFICATION OF NOTICE TO CONSUMER DEBTOR(S)
## UNDER § 342(b) OF THE BANKRUPTCY CODE

### Certification of Debtor

I (We), the debtor(s), affirm that I (we) have received and read the attached notice, as required by § 342(b) of the Bankruptcy Code.

**Timothy Wayne Young**
**Amanda Ray Young**

Printed Name(s) of Debtor(s)

Case No. (if known) _____

X   **/s/ Timothy Wayne Young**          **February 7, 2013**

Signature of Debtor                              Date

X   **/s/ Amanda Ray Young**             **February 7, 2013**

Signature of Joint Debtor (if any)          Date

---

**Instructions:** Attach a copy of Form B 201 A, Notice to Consumer Debtor(s) Under § 342(b) of the Bankruptcy Code.

Use this form to certify that the debtor has received the notice required by 11 U.S.C. § 342(b) **only** if the certification has **NOT** been made on the Voluntary Petition, Official Form B1.  Exhibit B on page 2 of Form B1 contains a certification by the debtor's attorney that the attorney has given the notice to the debtor.  The Declarations made by debtors and bankruptcy petition preparers on page 3 of Form B1 also include this certification.

Software Copyright (c) 1996-2013 CCH INCORPORATED - www.bestcase.com                    Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of North Carolina

In re  **Timothy Wayne Young**
       **Amanda Ray Young**

Case No. _____

Chapter    **7**

_____
Debtor(s)

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtors hereby verify that the attached list of creditors is true and correct to the best of their knowledge.

Date:   **February 7, 2013**                    **/s/ Timothy Wayne Young**
                                                **Timothy Wayne Young**
                                                Signature of Debtor

Date:   **February 7, 2013**                    **/s/ Amanda Ray Young**
                                                **Amanda Ray Young**
                                                Signature of Debtor

Absolute Collection Services
Attn: Managing Agent
421 Fayetteville, Suite 600
Raleigh, NC 27601

American Anesthesilogy of NC
Attn: Managing Agent
PO Box 535389
Atlanta, GA 30353-5389

American Anesthesiology of NC
Attn: Managing Agent
PO Box 19007
Raleigh, NC 27619

American Coradius International
Attn: Managing Agent
2420 Sweet Home Rd., Ste 150
Amherst, NY 14228-2244

Applied Bank
Bankcard Service Center
PO Box 15809
Wilmington, DE 19850-5809

Arrow Financial Services
Attn: Managing Agent
5996 W. Toughy Ave.
Niles, IL 60714

Aspire Card Services
Attn: Managing Agent
PO Box 105555
Atlanta, GA 30348-5555

Aspire Card Services
Attn: Managing Agent
PO Box 23007
Columbus, GA 31902-3007

AT&T
Attn: Regional Bankruptcy Dept.
2DD1-301 W. Bay Street
Jacksonville, FL 32202

AT&T
Accounts Receivables Management
2200 Pinecroft Road, Suite 300
Greensboro, NC 27407-4990

AT&T
Attn: Bankruptcy Department
PO Box 538641
Atlanta, GA 30353

AT&T
Attn: Bankruptcy Department
PO Box 105262
Atlanta, GA 30348-5262

Banfield The Pet Hospital
Attn: Managing Agent
PO Box 13998
Portland, OR 97213-6655

Bay Area Credit Service LLC
Attn: Managing Agent
1901 W 10th Street
Antioch, CA 94509-1380

BMG Music Service
Attn: Managing Agent
PO Box 91545
Indianapolis, IN 46291-0545

Camden Reunion Park
Attn: Managing Agent
100 Reunion Park Dr
Apex, NC 27539

Capital One
Attn: Managing Agent
PO Box 85520
Richmond, VA 23285

Capital One
Attn: Bankruptcy Dept.
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
Attn: Managing Agent
3905 Dallas Parkway
Plano, TX 75093

Cary Cardiology
Attn: Managing Agent
300 Keisler Dr. Ste. 204
Cary, NC 27518-7083

Cary Urology
Attn: Managing Agent
105 SW Cary Parkway, Suite 300
Cary, NC 27511-5389

Chase Cardmember Service
Attn: Bankruptcy Dept.
PO Box 15298
Wilmington, DE 19850-5298

Childrens BOMC
Attn: Managing Agent
PO Box 6400
Camp Hill, PA 17012-6400

Christus Santa Rosa Healthcare
Attn: Managing Agent
2701 High Point Oaks Dr. #124
Lewisville, TX 75067

Columbia House
Attn: Managing Agent
PO Box 91602
Indianapolis, IN 46291-0612

Continental Finance
Attn: Managing Agent
PO Box 8099
Newark, DE 19714-8099

Credit Management, LP
Attn: Managing Agent
4200 International Parkway
Carrollton, TX 75007-1912

Credit One Bank
Attn: Managing Agent
PO Box 98873
Las Vegas, NV 89193-8873

Figis.com
Attn: Managing Agent
3200 S. Central Ave.
Marshfield, WI 54449

Green ER Medical Services, Inc
Attn: Managing Agent
5620 Southwyck Blvd.
Toledo, OH 43614-1502

Devry Inc.
Attn: Managing Agent
814 Commerce Drive
Oak Brook, IL 60523

Financial Control Services
Attn: Managing Agent
6801 Sanger, Suite 195
Waco, TX 76701

Greene Memorial Hospital
Attn: Managing Agent
1141 N. Monroe Drive
Xenia, OH 45385

Driver Solutions
Attn: Managing Agent
3603 East Raymond Street
Indianapolis, IN 46203

Fingerhut
Credit Account Services
PO Box 1250
Saint Cloud, MN 56395-1250

Harris & Harris
Attn: Managing Agent
111 West Jackson Blvd., Suite 400
Chicago, IL 60604

Duke University Health System
Attn: Managing Agent
PO Box 70841
Charlotte, NC 28272-0841

First Premier Bank
Attn: Managing Agent
PO Box 5147
Sioux Falls, SD 57117-5147

Harris & Harris, Ltd.
Attn: Managing Agent
PO Box 5598
Chicago, IL 60680-5598

Duke University Health System
Attn: Managing Agent
5213 South Alston Ave.
Durham, NC 27713

First Premier Bank
Attn: Managing Agent
PO Box 5524
Sioux Falls, SD 57117-5524

Harvard Collection Services Inc
Attn: Managing Agent
4839 N. Elston Avenue
Chicago, IL 60630-2534

E-Recovery Solutions
Attn: Managing Agent
1650 Cambria Street NE
Christiansburg, VA 24073

GC Services Limited Partnership
Collection Agency Division
6330 Gulfton
Houston, TX 77081

HSBC Card Services
Attn: Managing Agent
PO Box 80084
Salinas, CA 93912-0084

ECPA Technical College
Attn: Managing Agent
5555 Greenwhich Road, Suite 100
Virginia Beach, VA 23462

Ginny's
Attn: Managing Agent
1112 7th Avenue
Monroe, WI 53566-1364

Hunter & Warfield
Attn: Managing Agent
4620 Woodland Corporate Blvd.
Tampa, FL 33614

FedLoan Servicing
Attn: Managing Agent
PO Box 69184
Harrisburg, PA 17106-9184

Grand Canyon Medical Imaging
Attn: Managing Agent
PO Box 73878
San Clemente, CA 92673

I.C. Systems, Inc.
444 Highway 96 East,
PO Box 64437
Saint Paul, MN 55164-4337

FFCC Columbus
Attn: Managing Agent
1550 Old Henderson Road
Columbus, OH 43220

Greater Lafayette Health Services
Attn: Managing Agent
PO Box 3475
Toledo, OH 43607-0475

I.C. Systems, Inc.
444 Highway 96 East
PO Box 64437
Saint Paul, MN 55164-0437

J.A. Cambece Law Office, P.C.
Attn: Managing Agent
Eight Bourbon Street
Peabody, MA 01960

LDG Financial Services, LLC
Attn: Managing Agent
4553 Winters Chapel Road
Atlanta, GA 30360

Midland Credit Management, Inc.
Attn: Managing Agent
8875 Areo Dr. Suite 200
San Diego, CA 92123

J.A. Cambece Law Offices, PC
Attn: Officer
200 Cummings Park, Ste. 173D
Beverly, MA 01915

Lincoln Community Health Center
Attn: Managing Agent
PO Box 52119
Durham, NC 27717-2119

Midland Credit Management, Inc.
Attn: Managing Agent
8875 Aero Dr., Suite 200
San Diego, CA 92123

JP Recovery Services
Attn: Managing Agent
20220 Center Ridge Rd., Suite 200
Rocky River, OH 44116

Mark R. Lefebvre, PHD
Attn: Managing Agent
4505 Fair Meadow Ln., Ste. 211
Raleigh, NC 27607

Miller Motte
Attn: Managing Agent
2205 Walnut Street
Cary, NC 27518

JP Recovery Services
Attn: Managing Agent
PO Box 16749
Rocky River, OH 44116

Mark R. Lefebvre, PHD
Attn: Managing Agent
2418 Blue Ridge Road, Suite 203
Raleigh, NC 27607

Monroe & Main
Attn: Managing Agent
1112 7th Avenue
Monroe, WI 53566

Kingman Regional Medical Center
Attn: Managing Agent
3269 Stockton Hill Road
Kingman, AZ 86409-3619

MCM
Attn: Managing Agent
PO Box 603, Dept 12421
Oaks, PA 19456

Mountain Park Spring Water
Attn: Managing Agent
2835 Lowery Street
Winston Salem, NC 27101

LabCorp
Attn: Managing Agent
PO Box 2100
Burlington, NC 27216-2100

Medical Imaging Physicians
2591 Maimisburg Centerville Rd.
Suite 203
Dayton, OH 45459

MSW Capital, LLC
c/o Praxis Financial Solutions, Inc
7301 N. Lincoln Ave., Suite 220
Lincolnwood, IL 60712-1733

Laboratory Corporation of America
Attn: Managing Agent
PO Box 2240
Burlington, NC 27216-2240

Merrick Bank
Attn: Managing Agent
PO Box 5000
Draper, UT 84020

National Recovery
Attn: Managing Agent
2491 Paxton Street
Harrisburg, PA 17111-1036

LCA Collections
Attn: Managing Agent
PO Box 2240
Burlington, NC 27216-2240

Merrick Bank
Attn: Managing Agent
PO Box 9201
Old Bethpage, NY 11804

National Recovery
Attn: Managing Agent
PO Box 67015
Harrisburg, PA 17106

LCA Collections
Attn: Managing Agent
PO Box 15519
Savannah, GA 31416

Midland Credit Management
Dept. 12421
PO Box 603
Oaks, PA 19456

New Braunfels Emergency Physicia
Attn: Managing Agent
PO Box 2283
Mansfield, TX 76063-0047

New Braunfels Fire Dept.
Attn: Managing Agent
PO Box 940249
Houston, TX 77094


North Arizona Credit
Attn: Managing Agent
120 South Beaver Street
Flagstaff, AZ 86001


Oak Hollow
Attn: Managing Agent
PO Box 4957
Oak Brook, IL 60522-4957


Oak Hollow Apartments
Attn: Managing Agent
100 Kempwood Drive
Cary, NC 27513


Okinus, Inc.
Attn: Managing Agent
PO Box 691
Pelham, GA 31779


On Line Collections
Attn: Managing Agent
685 W Fire Tower Road
Winterville, NC 28590


Optimum Outcome Service
Attn: Managing Agent
421 Fayetteville Street, Ste. 600
Raleigh, NC 27601


Optimum Outcomes
Attn: Managing Agent
2651 Warrenville Rd., Suite 500
Downers Grove, IL 60515


Orchard Bank
Attn: Managing Agent
PO Box 5222
Carol Stream, IL 60197-5222


Orchard Bank
Attn: Managing Agent
PO Box 81622
Salinas, CA 93912


Orchard Bank
Attn: Managing Agent
PO Box 80084
Salinas, CA 93912-0084


Parkway Urology
Attn: Managing Agent
105 SW Cary Parkway Ste 300
Cary, NC 27511-5600


Paypal Buyer Credit
Attn: Managing Agent
PO Box 45950
Omaha, NE 68145


Paypal Buyer Credit
Customer Service
PO Box 981284
El Paso, TX 79998-1124


Penn Credit Corporation
Attn: Managing Agent
PO Box 988
Harrisburg, PA 17108-0988


PFS
Attn: Managing Agent
Dept 6078
Carol Stream, IL 60122-6078


Pinnacle Financial Group
Attn: Managing Agent
7825 Washington Ave. S, Ste. 310
Minneapolis, MN 55439


Pinnacle Financial Group
Dept 673
PO Box 4115
Concord, CA 94524


Point Credit Service
Attn: Managing Agent
2769 Cedar Drive
Plover, WI 54467


Point Credit Service
Attn: Managing Agent
2538 Post Road
Plover, WI 54467


Praxis Financial Solutions, Inc
Attn: Managing Agent
7301 N. Lincoln Ave., Suite 220
Lincolnwood, IL 60712-1733


Preferred People Staffing
Attn: Managing Agent
3040 Gulf to Bay Blvd.
Clearwater, FL 33759


Professional Recovery Consultants
Attn: Managing Agent
2700 Meridian Pkwy, Suite 200
Durham, NC 27713-2204


Professional Recovery Inc.
Attn: Managing Agent
7319 West Jefferson Blvd.
Fort Wayne, IN 46804-6237


Professional Recovery Services Inc
Attn: Managing Agent
PO Box 1880
Voorhees, NJ 08043


Progress Energy Carolinas, Inc.
Attn: Legal Department
PO Box 1551
Raleigh, NC 27602-1551


Progress Energy Carolinas, Inc.
Attn: Managing Agent
PO Box 1771
Raleigh, NC 27602-1771

PSNC Energy
113 W. 3rd Avenue
PO Box 248
Gastonia, NC 28053-0243

Public Storage

Radiology Associates of NB
Attn: Managing Agent
777 N. Loop 337
New Braunfels, TX 78130

Raleigh Medical Group, PA
Attn: Managing Agent
3521 Haworth Drive
Raleigh, NC 27609

Raleigh Neurology Assoc. PA
Attn: Managing Agent
1540 Sunday Drive
Raleigh, NC 27607-6000

Raleigh Neurology Associates
Attn: Managing Agent
PO Box 12408
Roanoke, VA 24025-2408

Raleigh Neurology Associates
Attn: Managing Agent
PO Box 190626
Nashville, TN 37219

Raleigh Pathology Lab Assoc. PA
Attn: Managing Agent
PO Box 6241
Christiansburg, VA 24068-6241

RCS Collection Agency
Attn: Managing Agent
PO Box 7229
Westchester, IL 60154-7229

Receivable Performance Mgmt.
Attn: Managing Agent
20816 44th Ave. W
Lynnwood, WA 98036

Revenue Cycle Solutions
Attn: Managing Agent
421 Fayetteville St., Suite 600
Raleigh, NC 27601

Rex Healthcare
Attn: Managing Agent
PO Box 71058
Charlotte, NC 28272-1058

Rex Healthcare
Attn: Managing Agent
PO Box 1511
Charlotte, NC 28272-1058

Rex Healthcare
Attn: Patient Financial Services
4420 Lake Boone Trail
Raleigh, NC 27607

Rex Healthcare
Attn: Patient Accounting
4420 Blue Ridge Road
Raleigh, NC 27607

Rex Hospital
Attn: Managing Agent
PO Box 71058
Charlotte, NC 28272-1058

Rex Urgent Care of Cary
Attn: Managing Agent
2500 Blue Ridge Road, 219
Raleigh, NC 27607

Rhyne Management Assoc. Inc.
Attn: Managing Agent
5623-101 Duraleigh Rd.
Raleigh, NC 27612-2700

RJM
Attn: Managing Agent
575 Underhill Blvd., Suite 224
Syosset, NY 11791-3416

RTB Enterprises, Inc.
Attn: Managing Agent
13111 Westheimer, Suite 400
Houston, TX 77077

Sallie Mae
Attn: Managing Agent
PO Box 3800
Wilkes Barre, PA 18773-3800

Sallie Mae, Inc.
Attn: Correspondence
PO Box 9500
Wilkes Barre, PA 18773-9500

Santander
Attn: Bankruptcy Dept.
PO Box 560284
Dallas, TX 75356-0284

Sasser Law Firm
Attn: Officer
2000 Regency Parkway, Suite 230
Cary, NC 27518

Schmidt & Catchings Family Pract
Attn: Managing Agent
600 New Waverly Place, Suite 205
Cary, NC 27518-7404

Serenity Child Care Center
Attn: Managing Agent
613 William Vickers Ave.
Durham, NC 27701

Seventh Avenue
Attn: Managing Agent
1112 7th Avenue
Monroe, WI 53566-1364

Sprint

Wake County EMS
Attn: Managing Agent
PO Box 863
Lewisville, NC 27023-0863

Washington Mutual Bank
Attn: Managing Agent
PO Box 660433
Dallas, TX 75266-0433


Suncom Wireless
Attn: Managing Agent
PO Box 2667
Houston, TX 77252-2667

Wake County Revenue Department
PO Box 2331
Raleigh, NC 27602-2331

White Tiger TKD
Attn: Managing Agent
1605 NW Maynard Road
Cary, NC 27513


T-Mobile
Attn: Customer Relations
PO Box 37380
Albuquerque, NM 87176-7380

Wake Emergency Physicians, P.A.
Attn: Managing Agent
PO Box 890053
Charlotte, NC 28289-0053


Through the Country Door
Attn: Managing Agent
1112 7th Avenue
Monroe, WI 53566

Wake Emergency Physicians, PA
Attn: Managing Agent
PO Box 2249
Pawleys Island, SC 29585-2249


Time Warner Cable
Attn: Managing Agent
101 Innovation Ave., Ste 100
Morrisville, NC 27560

Wake Medical Center
Attn: Managing Agent
PO Box 29516
Raleigh, NC 27626


Time Warner Cable
Attn: Customer Service
1307 NW Maynard Road
Cary, NC 27511

Wake Radiology Consultants PA
Attn: Managing Agent
PO Box 19368
Raleigh, NC 27619-9368


United Collection Bureau, Inc.
Attn: Managing Agent
5620 Southwyck Blvd. Suite 206
Toledo, OH 43614

WakeMed
Attn: Bankruptcy Dept.
PO Box 29516
Raleigh, NC 27626


USAA Federal Savings Bank
10750 McDermott Freeway
Attn: Consumer Loan Servicing
San Antonio, TX 78288-0544

WakeMed Apex Healthplex
Attn: Managing Agent
120 Healthplex Way
Apex, NC 27502-8958


Verizon Wireless
Attn: Managing Agent
PO Box 3397
Bloomington, IL 61702

WakeMed Cary Hospital
Attn: Managing Agent
1900 Kildaire Farm Rd.
Cary, NC 27518-6616

B22A (Official Form 22A) (Chapter 7) (12/10)

In re  **Timothy Wayne Young**
**Amanda Ray Young**
_____
Debtor(s)

Case Number:  _____
(If known)

According to the information required to be entered on this statement
(check one box as directed in Part I, III, or VI of this statement):

☐ **The presumption arises.**

■ **The presumption does not arise.**

☐ **The presumption is temporarily inapplicable.**

# CHAPTER 7 STATEMENT OF CURRENT MONTHLY INCOME
# AND MEANS-TEST CALCULATION

In addition to Schedules I and J, this statement must be completed by every individual chapter 7 debtor.  If none of the exclusions in Part I applies, joint debtors may complete one statement only.  If any of the exclusions in Part I applies, joint debtors should complete separate statements if they believe this is required by § 707(b)(2)(C).

| Part I. MILITARY AND NON-CONSUMER DEBTORS |
| --- |

| 1A | **Disabled Veterans.**  If you are a disabled veteran described in the Declaration in this Part IA, (1) check the box at the beginning of the Declaration, (2) check the box for "The presumption does not arise" at the top of this statement, and (3) complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of Disabled Veteran.** By checking this box, I declare under penalty of perjury that I am a disabled veteran (as defined in 38 U.S.C. § 3741(1)) whose indebtedness occurred primarily during a period in which I was on active duty (as defined in 10 U.S.C. § 101(d)(1)) or while I was performing a homeland defense activity (as defined in 32 U.S.C. §901(1)). |
| --- | --- |
| 1B | **Non-consumer Debtors.**  If your debts are not primarily consumer debts, check the box below and complete the verification in Part VIII. Do not complete any of the remaining parts of this statement.<br><br>☐ **Declaration of non-consumer debts.** By checking this box, I declare that my debts are not primarily consumer debts. |
| 1C | **Reservists and National Guard Members; active duty or homeland defense activity.**  Members of a reserve component of the Armed Forces and members of the National Guard who were called to active duty (as defined in 10 U.S.C. § 101(d)(1)) after September 11, 2001, for a period of at least 90 days, or who have performed homeland defense activity (as defined in 32 U.S.C. § 901(1)) for a period of at least 90 days, are excluded from all forms of means testing during the time of active duty or homeland defense activity and for 540 days thereafter (the "exclusion period"). If you qualify for this temporary exclusion, (1) check the appropriate boxes and complete any required information in the Declaration of Reservists and National Guard Members below, (2) check the box for "The presumption is temporarily inapplicable" at the top of this statement, and (3) complete the verification in Part VIII. **During your exclusion period you are not required to complete the balance of this form, but you must complete the form no later than 14 days after the date on which  your exclusion period ends, unless the time for filing a motion raising the means test presumption expires in your case before your exclusion period ends.**<br><br>☐ **Declaration of Reservists and National Guard Members.**  By checking this box and making the appropriate entries below, I declare that I am eligible for a temporary exclusion from means testing because, as a member of a reserve component of the Armed Forces or the National Guard<br><br>      a. ☐ I was called to active duty after September 11, 2001, for a period of at least 90 days and<br>           ☐ I remain on active duty /or/<br>           ☐ I was released from active duty on _____, which is less than 540 days before this bankruptcy case was filed;<br><br>            OR<br><br>      b. ☐ I am performing homeland defense activity for a period of at least 90 days /or/<br>           ☐ I performed homeland defense activity for a period of at least 90 days, terminating on _____, which is less than 540 days before this bankruptcy case was filed. |

B22A (Official Form 22A) (Chapter 7) (12/10)

2

| Part II. CALCULATION OF MONTHLY INCOME FOR § 707(b)(7) EXCLUSION | | | |
|---|---|---|---|
| 2 | **Marital/filing status.** Check the box that applies and complete the balance of this part of this statement as directed.<br>a. ☐ Unmarried. **Complete only Column A ("Debtor's Income") for Lines 3-11.**<br>b. ☐ Married, not filing jointly, with declaration of separate households. By checking this box, debtor declares under penalty of perjury: "My spouse and I are legally separated under applicable non-bankruptcy law or my spouse and I are living apart other than for the purpose of evading the requirements of § 707(b)(2)(A) of the Bankruptcy Code." **Complete only column A ("Debtor's Income") for Lines 3-11.**<br>c. ☐ Married, not filing jointly, without the declaration of separate households set out in Line 2.b above. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.**<br>d. ■ Married, filing jointly. **Complete both Column A ("Debtor's Income") and Column B ("Spouse's Income") for Lines 3-11.** | | |
| | All figures must reflect average monthly income received from all sources, derived during the six calendar months prior to filing the bankruptcy case, ending on the last day of the month before the filing. If the amount of monthly income varied during the six months, you must divide the six-month total by six, and enter the result on the appropriate line. | **Column A**<br>Debtor's Income | **Column B**<br>Spouse's Income |
| 3 | **Gross wages, salary, tips, bonuses, overtime, commissions.** | $    1,943.33 | $    1,221.89 |
| 4 | **Income from the operation of a business, profession or farm.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 4. If you operate more than one business, profession or farm, enter aggregate numbers and provide details on an attachment. Do not enter a number less than zero. **Do not include any part of the business expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts — Debtor $ 0.00 / Spouse $ 0.00<br>b. Ordinary and necessary business expenses — Debtor $ 0.00 / Spouse $ 0.00<br>c. Business income — Subtract Line b from Line a | $    0.00 | $    0.00 |
| 5 | **Rents and other real property income.** Subtract Line b from Line a and enter the difference in the appropriate column(s) of Line 5. Do not enter a number less than zero. **Do not include any part of the operating expenses entered on Line b as a deduction in Part V.**<br><br>a. Gross receipts — Debtor $ 0.00 / Spouse $ 0.00<br>b. Ordinary and necessary operating expenses — Debtor $ 0.00 / Spouse $ 0.00<br>c. Rent and other real property income — Subtract Line b from Line a | $    0.00 | $    0.00 |
| 6 | **Interest, dividends, and royalties.** | $    0.00 | $    0.00 |
| 7 | **Pension and retirement income.** | $    0.00 | $    0.00 |
| 8 | **Any amounts paid by another person or entity, on a regular basis, for the household expenses of the debtor or the debtor's dependents, including child support paid for that purpose.** Do not include alimony or separate maintenance payments or amounts paid by your spouse if Column B is completed. Each regular payment should be reported in only one column; if a payment is listed in Column A, do not report that payment in Column B. | $    0.00 | $    0.00 |
| 9 | **Unemployment compensation.** Enter the amount in the appropriate column(s) of Line 9. However, if you contend that unemployment compensation received by you or your spouse was a benefit under the Social Security Act, do not list the amount of such compensation in Column A or B, but instead state the amount in the space below:<br><br>Unemployment compensation claimed to be a benefit under the Social Security Act — Debtor $ 0.00 / Spouse $ 0.00 | $    0.00 | $    0.00 |
| 10 | **Income from all other sources.** Specify source and amount. If necessary, list additional sources on a separate page. **Do not include alimony or separate maintenance payments paid by your spouse if Column B is completed, but include all other payments of alimony or separate maintenance.** Do not include any benefits received under the Social Security Act or payments received as a victim of a war crime, crime against humanity, or as a victim of international or domestic terrorism.<br><br>a. — Debtor $ / Spouse $<br>b. — Debtor $ / Spouse $<br>Total and enter on Line 10 | $    0.00 | $    0.00 |
| 11 | **Subtotal of Current Monthly Income for § 707(b)(7).** Add Lines 3 thru 10 in Column A, and, if Column B is completed, add Lines 3 through 10 in Column B. Enter the total(s). | $    1,943.33 | $    1,221.89 |

B22A (Official Form 22A) (Chapter 7) (12/10)                                                                                                  3

| 12 | **Total Current Monthly Income for § 707(b)(7).** If Column B has been completed, add Line 11, Column A to Line 11, Column B, and enter the total.  If Column B has not been completed, enter the amount from Line 11, Column A. | $ **3,165.22** |

## Part III. APPLICATION OF § 707(b)(7) EXCLUSION

| 13 | **Annualized Current Monthly Income for § 707(b)(7).**  Multiply the amount from Line 12 by the number 12 and enter the result. | $ **37,982.64** |
| 14 | **Applicable median family income.** Enter the median family income for the applicable state and household size. (This information is available by family size at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) <br> a. Enter debtor's state of residence:    **NC**    b. Enter debtor's household size:    **5** | $ **71,165.00** |
| 15 | **Application of Section 707(b)(7).** Check the applicable box and proceed as directed. <br> ■ **The amount on Line 13 is less than or equal to the amount on Line 14.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete Part VIII; do not complete Parts IV, V, VI or VII. <br> ☐ **The amount on Line 13 is more than the amount on Line 14.**  Complete the remaining parts of this statement. |

**Complete Parts IV, V, VI, and VII of this statement only if required.  (See Line 15.)**

## Part IV. CALCULATION OF CURRENT MONTHLY INCOME FOR § 707(b)(2)

| 16 | **Enter the amount from Line 12.** | $ |
| 17 | **Marital adjustment.** If you checked the box at Line 2.c, enter on Line 17 the total of any income listed in Line 11, Column B that was NOT paid on a regular basis for the household expenses of the debtor or the debtor's dependents. Specify in the lines below the basis for excluding the Column B income (such as payment of the spouse's tax liability or the spouse's support of persons other than the debtor or the debtor's dependents) and the amount of income devoted to each purpose. If necessary, list additional adjustments on a separate page. If you did not check box at Line 2.c, enter zero. |  |

| | | |
|---|---|---|
| a. |  | $ |
| b. |  | $ |
| c. |  | $ |
| d. |  | $ |

Total and enter on Line 17                                                                                              $

| 18 | **Current monthly income for § 707(b)(2).**  Subtract Line 17 from Line 16 and enter the result. | $ |

## Part V. CALCULATION OF DEDUCTIONS FROM INCOME

### Subpart A: Deductions under Standards of the Internal Revenue Service (IRS)

| 19A | **National Standards: food, clothing and other items.**  Enter in Line 19A the "Total" amount from IRS National Standards for Food, Clothing and Other Items for the applicable number of persons. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.)  The applicable number of persons is the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |
| 19B | **National Standards: health care.** Enter in Line a1 below the amount from IRS National Standards for Out-of-Pocket Health Care for persons under 65 years of age, and in Line a2 the IRS National Standards for Out-of-Pocket Health Care for persons 65 years of age or older. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) Enter in Line b1 the applicable number of persons who are under 65 years of age, and enter in Line b2 the applicable number of persons who are 65 years of age or older. (The applicable number of persons in each age category is the number in that category that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support.) Multiply Line a1 by Line b1 to obtain a total amount for persons under 65, and enter the result in Line c1. Multiply Line a2 by Line b2 to obtain a total amount for persons 65 and older, and enter the result in Line c2. Add Lines c1 and c2 to obtain a total health care amount, and enter the result in Line 19B. | $ |

| Persons under 65 years of age | | Persons 65 years of age or older | | |
|---|---|---|---|---|
| a1. | Allowance per person | a2. | Allowance per person | |
| b1. | Number of persons | b2. | Number of persons | |
| c1. | Subtotal | c2. | Subtotal | |

| 20A | **Local Standards: housing and utilities; non-mortgage expenses.**  Enter the amount of the IRS Housing and Utilities Standards; non-mortgage expenses for the applicable county and family size.  (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court). The applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support. | $ |

B22A (Official Form 22A) (Chapter 7) (12/10)  4

| | | |
|---|---|---|
| 20B | **Local Standards: housing and utilities; mortgage/rent expense.** Enter, in Line a below, the amount of the IRS Housing and Utilities Standards; mortgage/rent expense for your county and family size (this information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court) (the applicable family size consists of the number that would currently be allowed as exemptions on your federal income tax return, plus the number of any additional dependents whom you support); enter on Line b the total of the Average Monthly Payments for any debts secured by your home, as stated in Line 42; subtract Line b from Line a and enter the result in Line 20B. **Do not enter an amount less than zero.** | |

| | | | |
|---|---|---|---|
| | a. | IRS Housing and Utilities Standards; mortgage/rental expense | $ |
| | b. | Average Monthly Payment for any debts secured by your home, if any, as stated in Line 42 | $ |
| | c. | Net mortgage/rental expense | Subtract Line b from Line a. |

| | | |
|---|---|---|
| | | $ |
| 21 | **Local Standards: housing and utilities; adjustment.** If you contend that the process set out in Lines 20A and 20B does not accurately compute the allowance to which you are entitled under the IRS Housing and Utilities Standards, enter any additional amount to which you contend you are entitled, and state the basis for your contention in the space below: | |
| | | $ |
| 22A | **Local Standards: transportation; vehicle operation/public transportation expense.**<br>You are entitled to an expense allowance in this category regardless of whether you pay the expenses of operating a vehicle and regardless of whether you use public transportation.<br><br>Check the number of vehicles for which you pay the operating expenses or for which the operating expenses are included as a contribution to your household expenses in Line 8.<br><br>☐ 0   ☐ 1   ☐ 2 or more.<br><br>If you checked 0, enter on Line 22A the "Public Transportation" amount from IRS Local Standards: Transportation. If you checked 1 or 2 or more, enter on Line 22A the "Operating Costs" amount from IRS Local Standards: Transportation for the applicable number of vehicles in the applicable Metropolitan Statistical Area or Census Region. (These amounts are available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 22B | **Local Standards: transportation; additional public transportation expense.** If you pay the operating expenses for a vehicle and also use public transportation, and you contend that you are entitled to an additional deduction for you public transportation expenses, enter on Line 22B the "Public Transportation" amount from IRS Local Standards: Transportation. (This amount is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | $ |
| 23 | **Local Standards: transportation ownership/lease expense; Vehicle 1.** Check the number of vehicles for which you claim an ownership/lease expense. (You may not claim an ownership/lease expense for more than two vehicles.)<br><br>☐ 1   ☐ 2 or more.<br><br>Enter, in Line a below,  the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 1, as stated in Line 42; subtract Line b from Line a and enter the result in Line 23. **Do not enter an amount less than zero.** | |

| | | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ |
| | b. | Average Monthly Payment for any debts secured by Vehicle 1, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 1 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| | | $ |
| 24 | **Local Standards: transportation ownership/lease expense; Vehicle 2.** Complete this Line only if you checked the "2 or more" Box in Line 23.<br><br>Enter, in Line a below, the "Ownership Costs" for "One Car" from the IRS Local Standards: Transportation (available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court); enter in Line b the total of the Average Monthly Payments for any debts secured by Vehicle 2, as stated in Line 42; subtract Line b from Line a and enter the result in Line 24.  **Do not enter an amount less than zero.** | |

| | | | |
|---|---|---|---|
| | a. | IRS Transportation Standards, Ownership Costs | $ |
| | b. | Average Monthly Payment for any debts secured by Vehicle 2, as stated in Line 42 | $ |
| | c. | Net ownership/lease expense for Vehicle 2 | Subtract Line b from Line a. |

| | | |
|---|---|---|
| | | $ |
| 25 | **Other Necessary Expenses: taxes.** Enter the total average monthly expense that you actually incur for all federal, state and local taxes, other than real estate and sales taxes, such as income taxes, self employment taxes, social security taxes, and Medicare taxes. **Do not include real estate or sales taxes.** | $ |

B22A (Official Form 22A) (Chapter 7) (12/10)    5

| 26 | **Other Necessary Expenses: involuntary deductions for employment.** Enter the total average monthly payroll deductions that are required for your employment, such as retirement contributions, union dues, and uniform costs. **Do not include discretionary amounts, such as voluntary 401(k) contributions.** | $ |
|---|---|---|
| 27 | **Other Necessary Expenses: life insurance.** Enter total average monthly premiums that you actually pay for term life insurance for yourself. **Do not include premiums for insurance on your dependents, for whole life or for any other form of insurance.** | $ |
| 28 | **Other Necessary Expenses: court-ordered payments.** Enter the total monthly amount that you are required to pay pursuant to the order of a court or administrative agency, such as spousal or child support payments. **Do not include payments on past due obligations included in Line 44.** | $ |
| 29 | **Other Necessary Expenses: education for employment or for a physically or mentally challenged child.** Enter the total average monthly amount that you actually expend for education that is a condition of employment and for education that is required for a physically or mentally challenged dependent child for whom no public education providing similar services is available. | $ |
| 30 | **Other Necessary Expenses: childcare.** Enter the total average monthly amount that you actually expend on childcare - such as baby-sitting, day care, nursery and preschool. **Do not include other educational payments.** | $ |
| 31 | **Other Necessary Expenses: health care.** Enter the total average monthly amount that you actually expend on health care that is required for the health and welfare of yourself or your dependents, that is not reimbursed by insurance or paid by a health savings account, and that is in excess of the amount entered in Line 19B. **Do not include payments for health insurance or health savings accounts listed in Line 34.** | $ |
| 32 | **Other Necessary Expenses: telecommunication services.** Enter the total average monthly amount that you actually pay for telecommunication services other than your basic home telephone and cell phone service - such as pagers, call waiting, caller id, special long distance, or internet service - to the extent necessary for your health and welfare or that of your dependents. **Do not include any amount previously deducted.** | $ |
| 33 | **Total Expenses Allowed under IRS Standards.** Enter the total of Lines 19 through 32. | $ |

<table>
<tr><td colspan="3" align="center">**Subpart B: Additional Living Expense Deductions**<br>**Note: Do not include any expenses that you have listed in Lines 19-32**</td></tr>
<tr><td>34</td><td>**Health Insurance, Disability Insurance, and Health Savings Account Expenses.** List the monthly expenses in the categories set out in lines a-c below that are reasonably necessary for yourself, your spouse, or your dependents.<br><br>

| a. | Health Insurance | $ |
|---|---|---|
| b. | Disability Insurance | $ |
| c. | Health Savings Account | $ |

Total and enter on Line 34.<br><br>**If you do not actually expend this total amount,** state your actual total average monthly expenditures in the space below:<br>$ _____ </td><td>$</td></tr>
<tr><td>35</td><td>**Continued contributions to the care of household or family members.** Enter the total average actual monthly expenses that you will continue to pay for the reasonable and necessary care and support of an elderly, chronically ill, or disabled member of your household or member of your immediate family who is unable to pay for such expenses.</td><td>$</td></tr>
<tr><td>36</td><td>**Protection against family violence.** Enter the total average reasonably necessary monthly expenses that you actually incurred to maintain the safety of your family under the Family Violence Prevention and Services Act or other applicable federal law. The nature of these expenses is required to be kept confidential by the court.</td><td>$</td></tr>
<tr><td>37</td><td>**Home energy costs.** Enter the total average monthly amount, in excess of the allowance specified by IRS Local Standards for Housing and Utilities, that you actually expend for home energy costs. **You must provide your case trustee with documentation of your actual expenses, and you must demonstrate that the additional amount claimed is reasonable and necessary.**</td><td>$</td></tr>
<tr><td>38</td><td>**Education expenses for dependent children less than 18.** Enter the total average monthly expenses that you actually incur, not to exceed $147.92* per child, for attendance at a private or public elementary or secondary school by your dependent children less than 18 years of age. **You must provide your case trustee with documentation of your actual expenses, and you must explain why the amount claimed is reasonable and necessary and not already accounted for in the IRS Standards.**</td><td>$</td></tr>
</table>

\* Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B22A (Official Form 22A) (Chapter 7) (12/10)                                                                                                6

| 39 | **Additional food and clothing expense.** Enter the total average monthly amount by which your food and clothing expenses exceed the combined allowances for food and clothing (apparel and services) in the IRS National Standards, not to exceed 5% of those combined allowances. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) **You must demonstrate that the additional amount claimed is reasonable and necessary.** | $ |
| 40 | **Continued charitable contributions.** Enter the amount that you will continue to contribute in the form of cash or financial instruments to a charitable organization as defined in 26 U.S.C. § 170(c)(1)-(2). | $ |
| 41 | **Total Additional Expense Deductions under § 707(b).** Enter the total of Lines 34 through 40 | $ |

### Subpart C: Deductions for Debt Payment

| 42 | **Future payments on secured claims.** For each of your debts that is secured by an interest in property that you own, list the name of the creditor, identify the property securing the debt, and state the Average Monthly Payment, and check whether the payment includes taxes or insurance. The Average Monthly Payment is the total of all amounts scheduled as contractually due to each Secured Creditor in the 60 months following the filing of the bankruptcy case, divided by 60. If necessary, list additional entries on a separate page. Enter the total of the Average Monthly Payments on Line 42. |  |
|  | | $ |

|  | Name of Creditor | Property Securing the Debt | Average Monthly Payment | Does payment include taxes or insurance? |
| --- | --- | --- | --- | --- |
| a. |  |  | $ | ☐yes ☐no |
|  |  |  | Total: Add Lines |  |

| 43 | **Other payments on secured claims.** If any of debts listed in Line 42 are secured by your primary residence, a motor vehicle, or other property necessary for your support or the support of your dependents, you may include in your deduction 1/60th of any amount (the "cure amount") that you must pay the creditor in addition to the payments listed in Line 42, in order to maintain possession of the property. The cure amount would include any sums in default that must be paid in order to avoid repossession or foreclosure. List and total any such amounts in the following chart. If necessary, list additional entries on a separate page. |  |

|  | Name of Creditor | Property Securing the Debt | 1/60th of the Cure Amount |
| --- | --- | --- | --- |
| a. |  |  | $ |
|  |  |  | Total: Add Lines    $ |

| 44 | **Payments on prepetition priority claims.** Enter the total amount, divided by 60, of all priority claims, such as priority tax, child support and alimony claims, for which you were liable at the time of your bankruptcy filing. **Do not include current obligations, such as those set out in Line 28.** | $ |

| 45 | **Chapter 13 administrative expenses.** If you are eligible to file a case under Chapter 13, complete the following chart, multiply the amount in line a by the amount in line b, and enter the resulting administrative expense. |  |

| a. | Projected average monthly Chapter 13 plan payment. | $ |
| --- | --- | --- |
| b. | Current multiplier for your district as determined under schedules issued by the Executive Office for United States Trustees. (This information is available at www.usdoj.gov/ust/ or from the clerk of the bankruptcy court.) | x |
| c. | Average monthly administrative expense of Chapter 13 case | Total: Multiply Lines a and b |

|  |  | $ |
| --- | --- | --- |
| 46 | **Total Deductions for Debt Payment.** Enter the total of Lines 42 through 45. | $ |

### Subpart D: Total Deductions from Income

| 47 | **Total of all deductions allowed under § 707(b)(2).** Enter the total of Lines 33, 41, and 46. | $ |

### Part VI. DETERMINATION OF § 707(b)(2) PRESUMPTION

| 48 | **Enter the amount from Line 18** (Current monthly income for § 707(b)(2)) | $ |
| 49 | **Enter the amount from Line 47** (Total of all deductions allowed under § 707(b)(2)) | $ |
| 50 | **Monthly disposable income under § 707(b)(2).** Subtract Line 49 from Line 48 and enter the result. | $ |
| 51 | **60-month disposable income under § 707(b)(2).** Multiply the amount in Line 50 by the number 60 and enter the result. | $ |

B22A (Official Form 22A) (Chapter 7) (12/10)                                                                                    7

| | |
|---|---|
| 52 | **Initial presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than $7,025**<sup>*</sup>. Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII. Do not complete the remainder of Part VI.<br><br>☐ **The amount set forth on Line 51 is more than $11,725\*** Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII.  You may also complete Part VII. Do not complete the remainder of Part VI.<br><br>☐ **The amount on Line 51 is at least $7,025\*, but not more than $11,725\*.** Complete the remainder of Part VI (Lines 53 through 55). |

| | | |
|---|---|---|
| 53 | Enter the amount of your total non-priority unsecured debt | $ |
| 54 | **Threshold debt payment amount.** Multiply the amount in Line 53 by the number 0.25 and enter the result. | $ |

| | |
|---|---|
| 55 | **Secondary presumption determination.** Check the applicable box and proceed as directed.<br><br>☐ **The amount on Line 51 is less than the amount on Line 54.**  Check the box for "The presumption does not arise" at the top of page 1 of this statement, and complete the verification in Part VIII.<br><br>☐ **The amount on Line 51 is equal to or greater than the amount on Line 54.**  Check the box for "The presumption arises" at the top of page 1 of this statement, and complete the verification in Part VIII.  You may also complete Part VII. |

## Part VII. ADDITIONAL EXPENSE CLAIMS

| | |
|---|---|
| 56 | **Other Expenses.** List and describe any monthly expenses, not otherwise stated in this form, that are required for the health and welfare of you and your family and that you contend should be an additional deduction from your current monthly income under § 707(b)(2)(A)(ii)(I).  If necessary, list additional sources on a separate page.  All figures should reflect your average monthly expense for each item.  Total the expenses. |

|   | Expense Description | Monthly Amount |
|---|---|---|
| a. | | $ |
| b. | | $ |
| c. | | $ |
| d. | | $ |
| | Total:  Add Lines a, b, c, and d | $ |

## Part VIII. VERIFICATION

| | |
|---|---|
| 57 | I declare under penalty of perjury that the information provided in this statement is true and correct.  *(If this is a joint case, both debtors must sign.)*<br><br>Date:   **February 7, 2013**                          Signature:   **/s/ Timothy Wayne Young**<br>                                                                                                **Timothy Wayne Young**<br>                                                                                                        *(Debtor)*<br><br>Date:   **February 7, 2013**                          Signature   **/s/ Amanda Ray Young**<br>                                                                                                **Amanda Ray Young**<br>                                                                                                        *(Joint Debtor, if any)* |

<sup>*</sup> Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.